UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| SOUTHERN POVERTY LAW CENTER, INC., <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF HOMELAND SECURITY; and UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT, <br><br> Defendants. | Civil Action No. 1:16-CV-02871-CAP |

**PLAINTIFF SOUTHERN POVERTY LAW CENTER'S
MOTION FOR AN AWARD OF ATTORNEYS' FEES AND COSTS**

Pursuant to the Court's Order (Dkt. No. 59), 5 U.S.C. § 552(a)(4)(E), Federal Rule of Civil Procedure 54(d), and Local Rule 54.2, Plaintiff Southern Poverty Law Center ("SPLC") respectfully moves for attorneys' fees and costs. SPLC brought this action under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, for declaratory and injunctive relief to enforce its right to agency records from Defendants United States Department of Homeland Security ("DHS") and Immigration and Customs Enforcement ("ICE") (collectively, "Defendants").

In support of this Motion, SPLC is contemporaneously filing a Memorandum of Law in Support and the Declaration of Lisa S. Graybill, which set forth the factual and legal bases for an award of attorneys' fees and costs to SPLC in this matter. Pursuant to Local Rule 54.2, SPLC's reasonable estimate of the current amount of their attorneys' fees and costs is $377,369.50 and $2,354.10 respectively.

Within the next thirty days, SPLC will be filing and serving the detailed specification and itemization of the requested award of attorneys' fees and costs, with appropriate affidavits and other supporting documentation as required by Local Rule 54.2.

Respectfully submitted this 16th day of December, 2019.

                        */s/ Matthew W. Howell*
                        Matthew W. Howell
                        Georgia Bar No. 607080
                        Lindsay C. Church
                        Georgia Bar No. 651190
                        ALSTON & BIRD LLP
                        One Atlantic Center
                        1201 West Peachtree St., Ste. 4900
                        Atlanta, GA 30309
                        (404) 881-7000 (Tel)
                        (404) 881-7777 (Fax)
                        matthew.howell@alston.com
                        lindsay.church@alston.com

                        Lisa S. Graybill (*pro hac vice*)
                        Texas Bar No. 24054454
                        SOUTHERN POVERTY LAW CENTER
                        1055 St. Charles Ave., Ste. 505
                        New Orleans, LA 70130
                        (504) 486-8982 (Tel)
                        (504) 486-8947 (Fax)
                        lisa.graybill@splcenter.org

                        *Attorneys for Plaintiff*
                        *Southern Poverty Law Center*

## CERTIFICATE OF SERVICE

I certify that on December 16, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF which will send electronic notification of such filing to all counsel of record.

> */s/ Matthew W. Howell*
> Matthew W. Howell
> Georgia Bar No. 607080

## CERTIFICATE OF COMPLIANCE WITH L.R. 5.1

I hereby certify that the foregoing document is written in 14 point Times New Roman font in accordance with Local Rule 5.1.

> */s/ Matthew W. Howell*
> Matthew W. Howell
> Georgia Bar No. 607080