# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| Southern Poverty Law Center, Inc., <br>     Plaintiff, <br><br> v. <br><br> United States Department of Homeland Security; and United States Immigration and Customs Enforcement, <br>     Defendants. | **CIVIL ACTION** <br><br> **FILE NO. 1:16-cv-02871-CAP** |

## DECLARATION OF LISA GRAYBILL IN SUPPORT OF PLAINTIFF'S MOTION FOR ATTORNEYS' FEES AND COSTS

I, Lisa Graybill, having been duly sworn, do hereby declare:

1. My name is Lisa Graybill. I am over the age of 21 and am fully competent to execute this Declaration. The matters stated herein are true and correct based upon my personal knowledge.

2. I have been admitted *pro hac vice* to practice before this Court. I am Deputy Legal Director for Criminal Justice Reform at the Southern Poverty Law Center (SPLC). I represent Plaintiff in this action.

3. On January 7, 2016, SPLC sent a Freedom of Information Act (FOIA) request to Defendants for records relating to "Operation Border Resolve," an immigration raid conducted a few days earlier (Dkt. No. 22-6 at ¶ 15; *see also* Dkt. Nos. 22-23). Defendants did not produce the records or substantively respond.

4. On August 9, 2016, SPLC filed the instant action (Dkt. No. 1). Defendants acknowledged in their response that they had not produced any records (Dkt. No. 9 at ¶ 3).

5. On October 13, 2016, the Court issued a Scheduling Order requiring Defendants to produce at least 1,000 pages of the requested documents on a rolling basis and all remaining responsive documents, along with a *Vaughn* index, by February 6, 2017 (Dkt. No. 11 at 1).

6. After some production, Defendants moved for summary judgment, which this Court denied (Dkt. No. 35). The court concluded that the Defendants' searches were inadequate, as Defendants failed to (1) produce copies of judicial or administrative warrants; (2) include "warrant" as a search term; (3) produce records reflecting consent to enter homes; and (4) produce all Field Operation Worksheets and I-213 forms (*id.* at 7-8). The Court also invited SPLC to file a motion for summary judgment (*id.* at 11).

7. Plaintiff filed its motion for summary judgment on January 11, 2018 (Dkt. No. 37), identifying several shortcomings in Defendants' search methodology and corresponding production. The Court granted SPLC's motion in part and ordered Defendants to run further searches and produce additional documents (Dkt. No. 44 at 4).

8.     In total Defendants produced 75,147 pages of documents in response to the Court's Orders.  All of these documents were sought by SPLC in its initial FOIA request (Dkt. No. 57).

9.     Plaintiff has now achieved the objective it sought in commencing this litigation, i.e., to procure documents relating to "Operation Border Resolve" that SPLC had originally sought through its January 7, 2016, FOIA request. Plaintiff is now entitled to an award of reasonable attorneys' fees and costs as the prevailing party in this action.

10.    Pursuant to Local Rule 54.2, Plaintiff's counsel have made a preliminary, reasonable estimate of the amount of the attorneys' fees and litigation costs in this matter to date.  Plaintiff's reasonable estimate of its attorneys' fees and expenses as of the date of this Special Motion are as follows:

    A.     Reasonable estimate of Attorneys' Fees: **$377,369.50;**

    B.     Reasonable estimate of Expenses: **$2,354.10.**

11.    Plaintiff will be filing and serving the detailed specification and itemization for the requested award of attorneys' fees and expenses, with appropriate affidavits and other supporting documentation as required by Local Rule 54.2 within thirty days of the filing of this Special Motion. Plaintiff anticipates that it will incur additional attorneys' fees and expenses preparing phase-two of the Special Motion and for the appearance at a hearing on the merits

of the Special Motion by the Court. In light of this, Plaintiff reserves the right to amend its attorneys' fees and expense claim

12. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Respectfully submitted this 16th day of December, 2019.

_____
Lisa S. Graybill
*Attorney for Plaintiff*