# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| Southern Poverty Law Center, Inc., )<br>　　　　　　　Plaintiff, )<br>v. )<br>United States Department of )<br>Homeland Security; and United )<br>States Immigration and Customs )<br>Enforcement, )<br>　　　　　　　Defendants. ) | **CIVIL ACTION**<br>**FILE NO. 1:16-cv-02871-CAP** |

## DECLARATION OF MATTHEW W. HOWELL IN SUPPORT OF PLAINTIFF'S MOTION FOR ATTORNEYS' FEES AND COSTS

I, Matthew W. Howell, hereby declare as follows:

1. I am counsel of record for Plaintiff Southern Poverty Law Center (or "SPLC") in this case. I have personal knowledge of the facts set forth herein and, if called as a witness, would testify competently thereof.

2. This declaration explains the qualifications of the Alston & Bird attorneys involved in this litigation, as well as the nature and extent of the work performed by those attorneys.

### Attorney Qualifications

3. I am a partner at Alston & Bird, where I focus on intellectual property litigation. I received my J.D. from the Duke University School of Law in 2007. I

have significant litigation experience in U.S. district courts. A copy of my firm bio that details my educational background and work experience is attached as Exhibit M.

4. David Gann, currently General Counsel at Smart Communications, received his J.D. in 2009 from the Georgia State University College of Law. During the time he worked on this matter, Mr. Gann was a Senior Associate who focused his practice primarily on intellectual property litigation. Before he joined Alston & Bird, Mr. Gann worked as an associate at Paul Hastings and Robbins Geller Rudman & Dowd. A copy of his former firm bio is attached as Exhibit N.

5. Lindsey Yeargin, currently Division Counsel at Georgia Pacific, received her J.D. in 2012 from the University of Virginia School of Law. During the relevant time period, Ms. Yeargin was a Senior Associate at Alston & Bird and focused her practice primarily on intellectual property litigation. A copy of her former firm bio is attached as Exhibit O.

6. Sean Bedford is a Senior Associate at Alston & Bird in our IP Litigation Group.  He received his J.D. in 2014 from the University of Florida, Levin College of Law, and previously worked as an Associate at Finnegan, Henderson, Farabow, Garrett & Dunner, LLP. A copy of his firm bio is attached as Exhibit P.

7.    Lindsay Church is an Associate at Alston & Bird in our IP Litigation Group. She received her J.D. in 2016 from Harvard Law School. A copy of her firm bio is attached as Exhibit Q.

8.    Max Rubinson is an Associate at Alston & Bird in our IP Litigation Group. He received his J.D. in 2017 from the Emory University School of Law. A copy of his firm bio is attached as Exhibit R.

9.    Monica Laredo Ruiz is an Associate at Alston & Bird. She received her J.D. in 2019 from the Georgia State University College of Law. A copy of her firm bio is attached as Exhibit S.

10.   Shawn Gannon is an Associate at Alston & Bird. He received his J.D. in 2019 from the Emory University School of Law. A copy of his firm bio is attached as Exhibit T.

11.   The qualifications of our co-counsel at SPLC are set forth in the declaration of Lisa Graybill.

Nature and Extent of Work Performed

12.   David Gann, Lindsey Yeargin, Lindsay Church, and Sean Bedford, in coordination with co-counsel at SPLC, conducted legal research, and drafted, edited, and performed related tasks associated with the pleadings and motions in this case.

13. After Defendants produced responsive records, and after the Court granted partial summary judgment to SPLC because of Defendants' inadequate production, SPLC and Alston & Bird staff reviewed the productions to ensure that Defendants provided all documents sought in SPLC's initial request. The Alston & Bird staff who conducted this review include Lindsay Church, Max Rubinson, Monica Laredo Ruiz, Shawn Gannon, and paralegal Crystal Batson.

14. I have reviewed the time spent by each timekeeper and believe it to reasonably reflect the work required for each task in this lawsuit.

## Hourly Rates

15. The requested billing rates for the Alston & Bird attorneys are set forth below. The billing rates requested in connection with this case have been significantly reduced from the firm's standard rates to account for the difference in subject matter between FOIA litigation and the attorneys' regular intellectual property litigation practice. The rates requested constitute roughly half of the standard billing rate for each Alston & Bird attorney.

| Attorney Name | Title (Graduation Year) | Years | Requested Rate |
|---|---|---|---|
| Matthew Howell | Partner (2007) | 12.5 | $400 |
| David Gann | Senior Associate (2009) | 10.5 | $350 |
| Lindsey Yeargin | Senior Associate (2012) | 7.5 | $350 |
| Sean Bedford | Associate (2014) | 5.5 | $300 |
| Lindsay Church | Associate (2016) | 3.5 | $300 |
| Max Rubinson | Associate (2017) | 2.5 | $300 |

| Attorney Name | Title (Graduation Year) | Years | Requested Rate |
|---|---|---:|---:|
| Monica Laredo Ruiz | Associate (2019) | .5 | $250 |
| Shawn Gannon | Associate (2019) | .5 | $250 |

Respectfully submitted this 15th day of January, 2020.

>  */s/ Matthew W. Howell*
> Matthew W. Howell
> Alston & Bird