# Exhibit A

# LISA S. GRAYBILL

██████████████        ████████████

## LEGAL EXPERIENCE

**SOUTHERN POVERTY LAW CENTER, NEW ORLEANS, LA**                 **2015 - present**
**Deputy Legal Director, Criminal Justice Reform Practice Group**
- Develop and manage litigation in state and federal courts, policy advocacy, and public education strategies on criminal justice reform throughout five-state region.
- Lead 60-member practice group including attorneys, paralegals, and administrative staff.  Directly supervise five senior supervising attorneys and a program associate.
- Manage strategic planning, budgeting, and training.
- Representative matters include:
  - *SPLC v. DHS,* Case No. 1:19-cv-00760 (D.D.C., filed April 4, 2018).  Challenge to denial of access to counsel at immigrant detention centers in the Deep South.
  - *Fraihat v. ICE*, Case No. 5:19-CV-01546 (C.D. Ca., filed August 19, 2019).  Nationwide class action challenge to conditions of confinement in ICE detention centers.

**UNIVERSITY OF DENVER STURM COLLEGE OF LAW, DENVER, CO**                 **2012 - 2015**
**Assistant Professor of the Practice of Law**
- Created and directed experiential learning program in which Denver Law students represented detained immigrants and engaged in advocacy and public education on behalf of immigrants' rights.
- Taught seminar on substantive immigration law, client representation, and integrated advocacy.
**Visiting Professor, Civil Rights Clinic**
- Supervised students representing incarcerated individuals in complex federal court litigation on constitutional claims regarding conditions of confinement in state and federal prisons.
- Co-taught seminar component of clinic, involving combination of substantive and skills-based classroom instruction and discussion.

**ACLU OF TEXAS, AUSTIN, TX**                 **2005 – 2012**
**Legal Director**
- Directed all litigation undertaken on behalf of the American Civil Liberties Union Foundation of Texas.
  - Handled variety of constitutional cases, including *Bivens*, FTCA, and § 1983 claims, at both the trial and appellate levels and in both state and federal courts. Served as counsel in over twenty matters.
  - Drafted complaints and briefed motions for temporary restraining orders, preliminary and permanent injunctions, and summary judgment; conducted discovery; prepared for and deposed experts; and participated in evidentiary hearings.
  - Engaged in legislative advocacy on related issues and coordinated and conducted community outreach efforts.
  - Developed and led media strategies in support of litigation and policy goals.
- Representative matters include:
  - *Doe v. Neveleff,* Case No. 1:11-cv-00907 (W.D. Tex., settled August 24, 2017). Damages case against ICE, private prison contractor and county on behalf of immigrant women sexually assaulted in detention.
  - *Castelano v. Clinton,* Case No. CA M-08057 (S.D. Tex., settled August 14, 2009) Class action challenge to Department of State's denial of passports to Mexican Americans delivered by midwives in Texas-Mexico border region.

**U.S DEP'T OF JUSTICE CIVIL RIGHTS DIVISION, WASHINGTON D.C.**          **2001 – 2005**
**Trial Attorney**
- Selected through Attorney General's Honors Program; served in Special Litigation Section.
- Investigated and litigated access to reproductive health services, police misconduct, and prison and jail conditions.
- Developed cases; worked with experts, including preparing experts and reviewing expert reports; drafted legal memoranda, technical assistance letters, findings letters and court pleadings; appeared in court; negotiated settlements; and monitored compliance with consent decrees and settlement agreements.
- Representative matters include:
  - *Metropolitan (Washington, DC) Police Department*. Oversaw implementation of June 13, 2001 Memorandum of Agreement between the Department of Justice and the Metropolitan Police Department, requiring reforms of use of force policy and practice, misconduct reporting and investigation, and training.
  - *U.S. v. Scott et al.*, Case No. 3:95 CV 01216 (D. Conn. 1997). Represented United States in contempt hearing against abortion protestor who violated court order.

**U.S. DISRICT COURT FOR THE DISTRICT OF NEW JERSEY**          **2000 – 2001**
**Judicial Law Clerk for the Honorable Stephen M. Orlofsky**
Reviewed briefs and supporting documents, completed legal research, and drafted opinions for federal district judge. Assignments included civil and criminal motions, bankruptcy appeals, social security appeals, and *habeas corpus* petitions.

## EDUCATION

**UNIVERSITY OF TEXAS SCHOOL OF LAW, AUSTIN, TX**          **J.D.  with Honors**
Recipient, Texas Law Fellowship
Co-Chair, Public Interest Law Association

**SMITH COLLEGE, NORTHAMPTON, MA**          **B.A. with Highest Honors**
Double Major: Government & Women's Studies

## BAR ADMISSIONS

States of Massachusetts (retired) and Texas (active)
U.S. District Courts for the Western, Eastern, Southern, and Northern Districts of Texas
U.S. Court of Appeals for the Fifth Circuit

## LANGUAGES

English and Spanish

# Exhibit B

# DANIEL WERNER

MOBILE: ███████ · ████████

## EDUCATION

**State University of New York at Buffalo School of Law.** *Buffalo, New York.* J.D. degree conferred in May 1996.

**Grinnell College.** *Grinnell, Iowa.* B.A. in Anthropology/Spanish, December 1991.   Honorary Doctor of Laws, May 2017.

**Concorcio de Educación Superior para Estudios Urbanos.** *Ecuador, Colombia, and Puerto Rico.* Programa de Arte, Ideología, y Modelos Económicos en Latinoamérica, Spring 1991.

## EMPLOYMENT

| | |
|---|---|
| Initiative Director/ Deputy Legal Director/Senior Supervising Attorney | *Southern Poverty Law Center, Atlanta, Georgia: March 2008-present.* Directed SPLC's Southeast Immigrant Freedom Initiative (SIFI) (2017-2019); directed SPLC's Immigrant Justice Project (2009-2013); currently supervise attorney, paralegal, and support staff; litigate on behalf of immigrant workers with employment and civil rights claims; draft legal education materials; craft and advocate for public policy benefitting immigrant workers. |
| Co-Founder/ Legal Director | *Workers' Rights Law Center of New York, Inc., New Paltz and Kingston, New York: July 2003-February 2008.* Co-founder of an NGO providing free legal representation to lowwage workers in nine New York counties. Litigated on behalf of workers with employment and civil rights claims, coordinated community education project, and oversaw/ developed website. Worked with Board of Directors to oversee finances and program policies. |
| Attorney | *Farmworker Legal Services of New York, Inc., New Paltz, New York: July 1999–May 2004.* Represented farmworkers in federal court litigation, conducted trainings for farmworkers and service providers, and developed legislative policy benefitting farmworkers. |
| Attorney | *Farmworker Law Project, Legal Aid Society of Mid-New York, Inc., New Paltz, New York: June 1998-November 1998, June 1999.* Represented farmworkers in federal court litigation against agricultural employers, developed community legal education materials for farmworkers, and conducted trainings for farmworkers and service providers |
| Attorney | *Migrant Farmworker Justice Project, Florida Legal Services, Inc. (NAPIL Equal Justice Fellow), Belle Glade, Florida: September 1996-June 1998, December 1998-May 1999.* Coordinated project to develop and litigate class actions in the citrus industry, and directed community legal education for farmworkers and trainings for service providers. |
| Assistant Special Master | *Office of the Court Monitor, United States District Court for the District of Puerto Rico, San Juan, Puerto Rico: January 1992-June 1993.* Worked with Special Master monitoring compliance with court orders in *Morales Feliciano* prison reform litigation; participated in regular inspections of prisons; corresponded in English and Spanish with prisoners and corrections officials; assisted drafting proposed rules and regulations; and produced reports and memoranda for the court and parties. |

## AWARDS AND FELLOWSHIPS

Ohtli Award, Government of Mexico, 2017
Honorary Doctor of Laws, Grinnell College, 2017
Buffalo Law Review Award, 2017
Grinnell College Alumni Award, 2016
Public Justice 2015 Trial Lawyer of the Year
Kaye Scholer 2014 *Pro Bono* Achievement Award
Justice within Reach Award, Worker Justice Center of New York, 2012
Sullivan Peace and Justice Award, 2005
Joseph F. Wall Sesquicentennial Service Award, Grinnell College, 2005.
Echoing Green Fellowship, Echoing Green Foundation, 2004.
Community Hero Award, Rural Opportunities, Inc., 2001
Equal Justice Fellowship, National Association for Public Interest Law (renamed Equal Justice Works), 1996.
Law Faculty Award, State University of New York at Buffalo School of Law, 1996.
Joseph Antonecchia UFW Fellowship, State University of New York at Buffalo School of Law, 1996. National Association for Public Interest Law Summer Rural Legal Corps Fellowship, 1995.

## SELECTED PUBLICATIONS, PRESENTATIONS, AND TRAININGS

Laura Rivera & Daniel Werner, *No End in Sight: Why Migrants Give Up on Their U.S. Immigration Cases*, Southern Poverty Law Center (2018)

Daniel Werner, *A loophole that lets companies hire 'pretty people'*, CNN Opinion (2017)

Daniel Werner, *Immigrant Labor Exploitation and Human Trafficking*, Chapter, Jill Laurie Goodman & Dorchen A. Leidholdt, Ed., Lawyer's Manual on Human Trafficking: Pursuing Justice for Victims, N.Y. App. Div., 1st Dept & NY Judicial Committee on Women in the Courts (2011)

Daniel Werner, *Federal Racketeer Influenced and Corrupt Organizations Act: Affirmative Litigation on Behalf of Exploited Workers*, AFL-CIO LCC (May 2009)

Daniel Werner, Andrew Turner, & Vanessa Spinazola, *Case of First Impression: Federal Judge in Civil Case May Certify U Visa Applications of Undocumented Immigrant Human Trafficking Victims*, Clearinghouse Rev. (Jan.-Feb. 2009)

Daniel Werner & Kathleen Kim, *Civil Litigation on Behalf of Victims of Human Trafficking*
First Edition (LAFLA/USHHS 2005)
Second Edition (WRLC 2007)
Third Edition (SPLC 2008)
Fourth Edition (SPLC, forthcoming)

Contributor, Am. Soc'y Int'l L., "Human Rights," in *Benchbook on International Law* § III.E (Diane Marie Amann ed., 2014)

*Pro Bono* Short Term Legal Specialist, American Bar Association Rule of Law Initiative
*Forced Labour, Forced Commercial Sex, and Forced Commercial Marriage in the Solomon Islands: Legal Framework Workshop* (Honiara, Solomon Islands Feb. 28 – Mar. 1, 2013)

*Multi-Stakeholder Workshop: Procedures and Protocols to Meet the Needs of Human Trafficking Survivors* (Honiara, Solomon Islands Feb. 26-27, 2013)
*Training on Enhancing Attorney Skills in Combating Human Trafficking* (Kunming, China Dec. 5-6, 2012)
*Forced Labour, Forced Commercial Sex, and Forced Commercial Marriage in the Solomon Islands: Legal Framework Workshop* (Honiara, Solomon Islands June 7-8, 2012)
*Multi-Stakeholder Workshop to Improve Data Collection and Referral Systems for Human Trafficking Victim Advocates in the Solomon Islands* (Honiara, Solomon Islands June 11-13, 2012)
*Advanced Training on Civil Litigation for Lawyers and Attorneys Representing Human Trafficking Survivors* (Ulaanbaatar and Baigal Camp, Mongolia June 4-14, 2011)

Plenary Panelist, *Human Rights Advocacy for Our Times*, 16th Annual Freedom Network Conference (Denver, CO April 5, 2018)
Panelist, *Dollar-a-Day: Immigrant Detention and Labor Trafficking*, 16th Annual Freedom Network Conference (Denver, CO April 4, 2018)
Presenter, *Challenging the Deportation Machine: The Southern Poverty Law Center's Southeast Immigrant Freedom Initiative*, Washington University School of Law Public Interest Forum (St. Louis, MO Feb. 15, 2018)
Panelist/Presenter, *Legal Responses to Immigration Enforcement*, CLE, Women's Bar Association; Minority Bar Association of Western New York (Buffalo, NY Feb. 17, 2018)
Panelist/Presenter, *A Discussion on Labor Trafficking*, National Association of Women Judges 39th Annual Conference (Oct. 12, 2017)
Address (accepting Ohtli Award), *Responding to Immigration Enforcement in Troubled Times*, CCVII Anniversary of the Independence of Mexico (Sept. 15, 2017)
Commencement Address (accepting honorary degree), *Optimistic Activism*, Grinnell College (Grinnell, IA May 22, 2017)
Address (accepting Buffalo Law Review Award), *Public Interest Law in Troubled Times*, Buffalo Law Review Annual Dinner (Amherst, NY Apr. 17, 2017)
Buffalo Law Review Guest Lecturer, *Immigrant Representation*, State University of New York at Buffalo School of Law (Amherst, NY Apr. 27, 2017)
Keynote Address & Breakout Session, *The Case Against Signal International*, Human Trafficking: A Closer Look (Dearborn, MI Oct. 15, 2015)
Panelist/Presenter, *Labor Trafficking & Promising Programs*, National Summit on Human Trafficking and the State Courts (New York, NY Oct. 8, 2015)
Panelist/Presenter, *Civil Litigation on Behalf of Human Trafficking Survivors*,
    Human Trafficking Civil Litigation Roundtable (London, UK May 12-13, 2015)
    Alabama Middle District Human Trafficking Task Force (Montgomery, AL March 19, 2015)
    2014 Kaye Scholer *Pro Bono* Achievement Award Dinner (New York, NY Feb. 19, 2015)
    11th Annual Freedom Network Conference (Arlington, VA Apr. 17, 2013) 2010
    Human Trafficking Conference (Charlotte, NC June 2, 2010)
    Office of the New York Attorney General (New York, NY June 11, 2009)
    7th Annual Freedom Network Conference (Dallas, TX March 19, 2009)
    ABA Commission on Domestic Violence, National Training Institute on Civil Remedies for Human Trafficking Victims, (Washington, DC Oct. 2-3, 2008)
    DC Bar *Pro Bono* Training Program (Washington, DC June 20, 2008)
    Low Wage Worker Legal Network (nationwide teleconference June 5, 2007)
    Immigrant Rights Advocates Training (New Orleans, LA May 31, 2007)
    5th Annual Freedom Network Conference (Miami, FL May 17, 2007)
    DC Bar *Pro Bono* Training Program (Washington, DC April 13, 2007)
    BRIA Human Trafficking Conference (Albany, NY April 25, 2006)
    Zonta International Regional Meeting (Glens Falls, NY March 28, 2006)

Mid-Hudson Valley Women's Bar Association (Poughkeepsie, NY March 22, 2006)
Jenner & Block, LLC (Washington, DC Jan. 11, 2006)
3rd Annual Freedom Network Conference (Los Angeles, CA March 21, 2005)
2nd Annual Freedom Network Conference (New York, NY Dec. 1, 2003)
Trafficking Victims Training and Technical Assistance Project (San Antonio, TX Nov. 6, 2003)
NYC Service Network for Trafficked Persons (New York, NY April 24, 2003)
Human Trafficking Victim Service Providers' Network (Dallas, TX Feb. 6, 2003)
NLADA/Farmworker Law Conference (Milwaukee, WI Nov. 16, 2002)

Presenter, *Civil Legal Roundtable*, 13th Annual Freedom Network Conference (Arlington, VA Apr. 21, 2015)

Panelist, *The Signal International Forced Labor Case*,
13th Annual Freedom Network Conference (Apr. 22, 2015)

Panelist/Presenter, *Innovations Now! Developments in the Field of Practice*, Innovations in the Fight Against Human Trafficking Conference, New York Law School (New York, NY Oct. 10, 2014)

Panelist/Presenter, *Sex and Labor Slaves: The Scourge of Human Trafficking*, 76th Annual Meeting, Virginia State Bar (Virginia Beach, VA June 13, 2014)

Panelist/Facilitator, *Following the Money: Collecting Restitution and Civil Damages Awards*, 12th Annual Freedom Network Conference (San Francisco, CA Apr. 1, 2014)

Panelist/Presenter, *Human Rights and Trafficking in the United States*, United States Human Rights Network Conference (Atlanta, GA Dec. 17, 2013)

Trainer, *Discoverability of Immigration Applications in Trafficking Litigation*, Training for *pro bono* counsel, hosted by Sutherland Asbill & Brennan (Houston, TX and via national teleconference Sept. 18, 2013).

Trainer, *Fraud in Foreign Labor Contracting*, Texas Rural Legal Aid Labor and Employment Group (Various locations in TX May 8, 2013 (conference call with handouts)).

Panelist/Presenter, *Handling Subpoenas*, 11th Annual Freedom Network Conference (Arlington, VA Apr. 17, 2013)

Panelist/Presenter, *Prosecution and Partnership*, Human Trafficking and Corporate Responsibility (symposium), Thomas M. Cooley Law School (Auburn Hills, MI Nov. 1, 2012)

Panelist/Presenter, *Cheap Goods: Consumerism and Compulsory Labor*, Global is Local: Human Trafficking in Our Own Back Yard (symposium), Rutgers School of Law (Newark, NJ Sept. 28, 2012)

Panelist, *The Browning of America: How Changing Racial and Ethnic Demographics Will Affect the Political Landscape*, Congressional Black Caucus Foundation Annual Legislative Conference (Washington, DC Sept. 20, 2012)

Facilitator, SPLC Education Law Practice Group Annual Retreat (Montgomery, AL July 13, 2012)

Panelist/Presenter, *Beyond Law Enforcement and Immigration: Obtaining Economic Justice for Trafficked Workers*, 10th Annual Freedom Network Conference (New York, NY March 22, 2012)

Panelist/Presenter, *Cutting-Edge Anti-Trafficking Legislation: The Changes and Their Impact*, 10th Annual Freedom Network Conference (New York, NY March 21, 2012)

Ruth Chance Lecturer, *Challenging Anti-Immigration Laws: Lessons from Alabama*, Unshackling Citizenship Symposium at UC Berkeley/Henderson Center for Social Justice/La Raza Law Journal (Berkeley, CA Feb. 21, 2012)

Panelist/Presenter, *The Power of Actions: Civil Rights and U.S. Elections*, Fulbright Enrichment Seminar (Atlanta, GA Feb. 10, 2012)

Presenter, *Human Trafficking and Forced Labor*, U.S. Equal Employment Opportunity Commission (Birmingham, AL and via video conference to Memphis, TN and Jackson, MS, Jan. 25, 2012)

Trainer, *The Life of a Case*, CLE Seminar, SPLC (Orange Beach, AL Oct. 24, 2012)

Trainer, *Taking and Defending Depositions*, CLE Seminar, SPLC (Orange Beach, AL Oct. 23, 2012)

Panelist/Presenter, *Immigration: The Opportunities/Challenges for Welcoming Our Neighbor*, Rural and Migrant Ministry 30th Anniversary Conference (Ellenville, NY Oct. 15, 2011 (via Skype))

Panelist/Presenter, *Human Trafficking as an Immigrant Justice Concern*,
Aldersgate United Methodist Church (Montgomery, AL Aug. 10, 2011)
Human Trafficking and the Law Conference, Northeastern University School of Law (Boston, MA June 16, 2011 (via Skype))

Panelist/Presenter, *Stopping Human Trafficking and the Exploitation of Immigrant Women*, SPLC 40th Anniversary Conference (Montgomery, AL Apr. 30, 2011)

Presenter, *Injustice on Our Plates: Exposing the Sexual Exploitation of Immigrant Women in the Food Industry*, SPLC Sexual Assault Awareness Month Presentation, UC Washington (Washington, DC Apr. 5, 2011)
Briefing, U.S. House of Representatives (Washington, DC Apr. 5, 2011)
Agency Roundtables, USDA and USDOL (Washington, DC Apr. 5-6, 2011)
SPLC Sexual Assault Awareness Month Presentation, UC San Francisco School of Law
(San Francisco, CA Apr. 25, 2011)
Brown Bag Lunch Presentation, 9th Circuit U.S. Court of Appeals (San Francisco, CA Apr. 26, 2011)

Panelist/Witness, *Strategies and Tips from Non-Governmental Organizations for Cases Involving Trafficking*, Commission Meeting: Human Trafficking and Forced Labor, Equal Employment Opportunity Commission (Washington, DC Jan. 19, 2011)

Trainer, *Interviewing Witnesses*,
CLE Seminar, SPLC (Montgomery, AL Dec. 3, 2010)
CLE Seminar, SPLC (Montgomery, AL Dec. 9, 2011)

Panelist, *The Slave Next Door, Combating Human Trafficking*, ABA Individual Rights and Responsibilities Conference (Memphis, TN Oct. 22, 2010)

Panelist/Presenter, *Careers in Public Policy*, Georgia State University School of Law (Atlanta, GA Sept. 28, 2010)

Presenter, *Civil Society Roles in Addressing Forced Labor and Migration Issues*, U.S.-Russia Bilateral Presidential Commission Working Group Meeting on Civil Society (Vladimir, Russian Federation May 27, 2010)

Round Table Participant/Panelist, *Civil Society Roles in Addressing Forced Labor and Migration Issues*, Russian Federation Delegation to U.S. (Miami, FL March 8, 2011)
U.S.-Russia Civil Society Roundtable, International Organization for Migration (Moscow, Russian Federation May 26, 2010)

Panelist/Presenter, *The Face of Human Trafficking*, Human Trafficking: 21st Century Slavery in Alabama, A Conference on Law Enforcement and Civil Rights (Birmingham, AL May 17, 2010)

Panelist/Presenter, *The Intersection between Immigration Law and Civil Litigation on Behalf of Trafficked Workers*,
NLADA/Farmworker Law Conference (Atlanta, GA Nov. 13, 2010)
8th Annual Freedom Network Conference (Washington, DC March 17-18, 2010)

Panelist/Presenter, *Affirmative Civil RICO Litigation on Behalf of Exploited Workers*,  AFL-CIO
LCC National Conference (Miami, FL May 12, 2009)
Low Wage Worker Legal Network (nationwide teleconference Oct. 1, 2008)

Panelist/Presenter, *Measures of Assistance and Protection for Victims of Trafficking for Labour Exploitation in the Agricultural Sector,* Office of the Special Representative and Coordinator for Combating Trafficking in Human Beings, Organization for Security and Cooperation in Europe (Vienna, Austria April. 27-28, 2009)

Panelist/Presenter, *Working with Co-Counsel*, CLE Seminar, The Georgia Bar (Atlanta, GA Feb. 24, 2009)

Panelist/Presenter, *Creative and Cutting-Edge Legal Claims: Beyond the AWPA, FLSA, and Title VII,*
NLADA/Farmworker Law Conference (Washington, DC Nov. 22, 2008)

Presenter, *Recognizing Labor Trafficking*,
Rescue and Restore (Atlanta, GA Oct. 9, 2008)
Gulf States Regional Center for Public Safety Innovation, Auburn University at Montgomery
(Montgomery, AL April 24, 2008)

Panelist/Presenter, *New York State Legislation on Behalf of Victims of Human Trafficking*,
Mayor's Citywide Training on Human Trafficking (New York, NY Dec. 17, 2007)
New York State Police Academy (Albany, NY Dec.6, 2007)
New York Anti-Trafficking Coalition (Albany, NY Feb. 13, 2007)
New York State Assembly Public Hearing on Trafficking in New York State (New York Oct. 25, 2005)
New York State Assembly Roundtable on Trafficking Legislation (Albany, NY Sept. 26, 2005)

Panelist/Presenter. *Compensating Trafficked and Exploited Workers*,

Human Rights Institute, Organization for Security and Cooperation in Europe
(Barcelona, Spain Dec. 10-12, 2007)
National Immigration Law Center Annual Conference (Washington, DC Dec. 8, 2007)
Guest Lecturer, *Legal Practice for Social Change*, New York Law School (New York, NY Nov. 1, 2007)
Panelist/Presenter, *Protections for Undocumented Workers in Federal Litigation*,
LCC Northeast Regional Meeting (New York, NY Nov. 1, 2007)
Panelist, *Practicing Public Interest Law*, Equal Justice Works (Washington, DC Oct. 20, 2006)
Presenter, *Legal Issues Impacting Low Wage Workers in the Hudson Valley*,  Columbia
County Community Forum (Hudson, NY Jan. 10, 2004)
Guest Lecturer, *Employment Discrimination Issues Impacting Farmworkers*,
Northeastern University School of Law (Boston, MA Jan. 21, 2003) Legal
Educator at over 50 know-your-rights presentations and workshops.

COURT/BAR ADMISSIONS

The Supreme Court of Florida, February 17, 1997 (retired)
United States District Court for the Middle District of Florida, May 20, 1997 (retired)
United States District Court for the Southern District of Florida, October 24, 1997 (retired)
United States District Court for the Western District of New York, September 20, 1999 (inactive)
United States District Court for the Northern District of New York, November 10, 1999 (inactive)
New York Supreme Court, Appellate Division, Third Judicial Department, May 15, 2001
United States District Court for the Southern District of New York, June 19, 2001 (inactive)
United States District Court for the Eastern District of New York, June 19, 2001 (inactive)
United States Court of Appeals for the Third Circuit, February 5, 2002
State of Georgia, October 23, 2008
United States District Court for the Northern District of Georgia, December 8, 2008 United
States Court of Appeals for the Fifth Circuit, February 7, 2014

SELECTED COURT OPINIONS

*In re R.J.M.B.*, 133 So.3d 335 (Miss. 2013)
*Ga. Latino Alliance for Human Rights v. Governor of Ga.*, 691 F.3d 1250 (11th Cir. 2012)
*Hispanic Interest Coalition of Al. v. Governor of Al.*, 691 F.3d 1236 (11th Cir. 2012)
*Carrasca v. Pomeroy*, 313 F.3d 828 (3d Cir. 2002)
*Cordova v. R & A Oysters, Inc.*, No. 14-04620-WS-M, 2016 WL 5219634 (S.D. Al. Sept. 12, 2016) *Cordova
v. R & A Oysters, Inc.*, No. 14-04620-WS-M, 2016 WL 5311889 (S.D. Al. Sept. 12, 2016)
*David v. Signal Int'l, LLC*, No. 08-1220, 2015 WL 5254625 (E.D. La. Sept. 9, 2015)
*David v. Signal Int'l, LLC*, No. 08-1220, 2015 WL 1281018 (E.D. La. Mar. 20, 2015) *David
v. Signal Int'l, LLC*, No. 08-1220, 2015 WL 75276 (E.D. La. Jan. 6, 2015)
*David v. Signal Int'l, LLC*, 37 F. Supp. 3d 836 (E.D. La. 2014)
*David v. Signal Int'l, LLC*, 37 F. Supp. 3d 822 (E.D. La. 2014)
*Cruz v. Mississippi Dep't of Human Servs.*, 9 F. Supp. 3d 668 (S.D. Miss. 2014)
*David v. Signal Int'l, LLC*, No. 08-1220, 2013 WL 6234592 (E.D. La. Dec. 2, 2013)
*EEOC v. Signal Int'l, LLC*, No. 12-557, 2013 WL 4854136 (E.D. La. Sept. 10, 2013)
*David v. Signal Int'l, LLC*, No. 08-1220, 2012 WL 4344540 (E.D. La. Sept. 21, 2012)
*Loder v. McKinney*, 896 F. Supp. 2d 1116 (M.D. Al. 2012)
*EEOC v. Signal Int'l, LLC*, No. 1:11CV179-LG-RHW,
2012 U.S. Dist. LEXIS 7615 (S.D. Miss. Jan. 24, 2012)
*United States v. South Carolina*, 849 F. Supp. 2d 898 (D.S.C. Dec. 22, 2011)
*Central Alabama Fair Housing Center v. Magee*, 835 F. Supp. 2d 1165 (M.D. Al. 2011)

*Nunag-Tañedo v. E. Baton Rouge Parish Sch. Bd.*, No LA CV10-01172,
    2011 U.S. Dist. LEXIS 152329 (C.D. Cal. Dec. 12, 2011)
*Ga. Latino Alliance for Human Rights v. Deal*, 793 F. Supp. 2d 1317 (N.D. Ga. 2011)
*Nunag-Tañedo v. E. Baton Rouge Parish Sch. Bd.*, 790 F. Supp. 2d 1334 (C.D. Cal. 2011)
*David v. Signal Int'l, LLC*, No 08-1220, 2010 U.S. Dist. LEXIS 128614 (E.D. La. Nov. 23, 2010)
*David v. Signal Int'l, LLC*, No 08-1220, 2010 U.S. Dist. LEXIS 124303 (E.D. La. Nov. 5, 2010)
*David v. Signal Int'l, LLC*, 735 F. Supp. 2d 440 (E.D. La. 2010)
*Cuzco v. Orion Builders, Inc.*, 262 F.R.D. 325 (S.D.N.Y. 2009)
*David v. Signal Int'l, LLC*, No 08-1220, 2009 U.S. Dist. LEXIS 123212 (E.D. La. Dec. 28, 2009)
*David v. Signal Int'l, LLC,* 257 F.R.D. 114 (E.D. La. Apr. 2, 2009)
*Mancha v. Immigration & Customs Enforcement*, No. 1:06-CV-2650-TWT,
    2009 U.S. Dist. LEXIS 27620 (N.D. Ga. Mar. 31, 2009)
*David v. Signal Int'l, LLC,* No. 08-1220, 2008 U.S. Dist. LEXIS 107343 (E.D. La. Dec. 5, 2008)
*David v. Signal Int'l, LLC,* No. 08-1220, 2008 U.S. Dist. LEXIS 68787 (E.D. La. Sept. 11, 2008)
*Garcia v. Audubon Cmtys. Mgmt., LLC*, No. 08-1291, 2008 U.S. Dist. LEXIS 31221 (Apr. 15, 2008)
*Olvera-Morales v. Int'l Labor Mgmt. Corp.*, 246 F.R.D. 250 (M.D.N.C. 2007)
*Cuzco v. Orion Builders, Inc.*, 477 F. Supp. 2d 628 (S.D.N.Y 2007)
*Iglesias-Mendoza v. La Belle Farm, Inc.,* 239 F.R.D. 363 (S.D.N.Y. 2007)
*Javier H. v. Garcia-Botello,* 239 F.R.D. 342 (W.D.N.Y. 2006)
*Olvera-Morales v. Sterling Onions, Inc.*, 322 F. Supp. 2d 211 (N.D.N.Y. 2004) *Centeno-Bernuy v. Perry*, 302 F. Supp. 2d 128 (W.D.N.Y. 2003)
*Javier H. v. Garcia-Botello*, 218 F.R.D. 72 (W.D.N.Y. 2003)
*Javier H. v. Garcia-Botello*, 217 F.R.D. 308 (W.D.N.Y. 2003)
*Roebuck v. Hudson Valley Farms, Inc.*, 239 F. Supp. 2d 234 (N.D.N.Y. 2002)
*Javier H. v. Garcia-Botello*, 211 F.R.D. 194 (W.D.N.Y. 2002)
*Roebuck v. Hudson Valley Farms, Inc.*, 208 F.R.D. 34 (N.D.N.Y. 2002)

SELECTED CLASS/REPRESENTATIVE ACTION LITIGATION

---

*Cordova v. R & A Oysters, Inc.*, No. 14-462 (S.D. Al. 2014)
*Central Alabama Fair Housing Center v. Magee*, No. 2:11cv982-MHT (M.D. Al. 2012)
*Lowcountry Immigration Coalition v. Haley*, No. 2:11-cv-2958 (D.S.C. 2011)
*Loder v. McKinney*, No. 2:11-CV-979-WKW (M.D. Al. 2012)
*Rentería-Villegas v. Metropolitan Gov't of Nashville & Davidson Cty.*, No. 3:11-cv-00219 (M.D. Tenn. 2011).
*Hispanic Interest Coalition of Al. v. Bentley*, No. 5:11-cv-02484-SLB (N.D. Al. 2011)
*Ga. Latino Alliance for Human Rights v. Deal*, No. 1:11-CV-1804-TWT (N.D. Ga. 2011)
*EEOC v. Signal Int'l, LLC* (as intervenors), No. 1:11-cv-00179-LG-RHW (S.D. Miss. 2011)
*Nunag-Tañedo v. E. Baton Rouge Sch. Bd.*, (C.D. Cal. 2010)
*David v. Signal Int'l, LLC.*, Civ. No. 08-1220 (E.D. La. 2008)
*Garcia v. Audubon Cmtys. Mgmt, LLC*, Civ. No. 08-1291 (E.D. La. 2008)
*Luna v. Del Monte Fresh Produce (Southeast), Inc.*, No. 1:06-CV-2000-JEC (N.D. Ga. 2006)
*Cuzco v. Orion Builders, Inc.*, 06-CV-2789 (S.D.N.Y. 2006)
*Iglesias-Mendoza v. La Belle Farm, Inc.*, 06-CV-1756 (S.D.N.Y. 2006)
*Perez v. Newburgh Auto Spa, Inc.*, 05-CV-8883 (S.D.N.Y. 2005)
*Luis v. Peppy's Foods, Inc.*, 05-CV-5595 (S.D.N.Y. 2005)
*Olvera-Morales v. Int'l Labor Mgmt. Corp.*, 05-CV-559 (M.D.N.C. 2005)
*Reyes v. Mongiello's Italian Cheese Specialties, LLC*, 04-CV-6962 (S.D.N.Y. 2004)
*Olvera-Morales v. Sterling Onions, Inc.*, Case No. 02-CV-1589(N.D.N.Y. 2002)
*Javier H. v. Garcia-Botello*, Case No. 02-CV-0523 (W.D.N.Y. 2002)
*De la O v. Golden Harvest Farms, Inc.*, Case No. 01-CV-0335 (N.D.N.Y. 2001)
*Roebuck v. Pepperidge Farm, Inc.*, Case No. 00–CV-1927 (N.D.N.Y. 2000)

*Saucedo-Casas v. Turner Foods, Inc.*, Case No. 97-14490-CIV-MOORE (S.D. Fla. 1997)

<u>SELECTED OTHER LITIGATION</u>

*Carillo-Ramirez v. Culpepper Enterprises, Inc.*, No. 3:15cv409 (S.D. Miss. 2015)
*Thomas v. Signal Int'l, LLC*, No. 2:14-cv-1818 (E.D. La. 2014)
*Baltazar Cruz v. Jackson County Dept. of Human Services*, No. 2010-CA-01119 (Miss. 2010)
*Baltazar-Cruz v. Miss. Dept. of Human Services*, No. 3:10-cv-00446-HTW-LRA (S.D. Miss. 2010)
*Castro-Torres v. Lignitz*, No. 1:10-cv-02636 (N.D. Ga. 2010)
*Mancha v. Immigration & Customs Enforcement*, No. 1:06-CV-2650 (N.D. Ga. 2006)
*Landerway v. Home Healthcare and Companion Agency, Inc.*, 06-CV-1451 (N.D.N.Y. 2006)
*Zarate v. Regal Boy International Enterprises, Inc.*, 06-CV-9877 (S.D.N.Y. 2006)
*EEOC v. Porpiglia Farms, Inc.* (as intervenors), 06-CV-1124 (N.D.N.Y. 2006)
*Irving v. Porpiglia*, 06-CV-0506 (N.D.N.Y. 2006)
*Cruz v. Rahman*, 05-CV-10846 (S.D.N.Y. 2005)
*Vasquez v. Villa Enterprises II, Inc.*, 05-CV-7145 (S.D.N.Y. 2005)
*Jijon v. Ryder's Landscape & Design, Inc.*, 04-CV-9285 (S.D.N.Y. 2004)
*Osorio-Silva v. Quintessence Alpacas, Intl.*, 04-CV-0252 (S.D.N.Y. 2004) *Centeno-Bernuy v. Donald A. Perry*, Case No. 03-CV-0457 (W.D.N.Y. 2003).
*Castillo v. Neave*, Case No. 03-CV-0763 (S.D.N.Y. 2003).
*Centeno-Bernuy v. Becker Farms*, Case No. 01-CV-839 (W.D.N.Y. 2001).
*Saldivar-Villavicencio v. Zappala Farms, LLC*, Case No. 00-CV-324 (N.D.N.Y. 2000).
*Cardenas v. Gurda Gardens, Inc.*, Case No. 00-CV-1710 (S.D.N.Y. 2000). *Carrasca v. Pomeroy*, Case No. 00-3590 (D.N.J. 2000).
*Arenas v. Rogowski*, Case No. 99-CV-8911 (S.D.N.Y. 1999).
*Castellanos v. Lembo*, Case No. 98-CV-0390 (N.D.N.Y. 1999).
*Martinez v. Maaraba Groves, Inc.*, Case No. 97-CIV-14474-DAVIS (S.D. Fla. 1997).

# Exhibit C

# SHALINI GOEL AGARWAL

**LEGAL EXPERIENCE**

**Southern Poverty Law Center**                                         Tallahassee, FL
**Senior Supervising Attorney, Criminal Justice Reform**          *April 2017 - present*

**ACLU Foundation of Florida**                                               Miami, FL
**Staff Attorney**                                                      *May 2011 - June 2016*
Worked as trial and appellate counsel on civil liberties cases involving federal constitutional claims. Briefed and argued motion for summary judgment and appeal of Fourth Amendment challenge to governor's executive order requiring suspicionless drug testing of state employees; motion for summary judgment in challenge to city's job applicant drug-testing policy; and temporary restraining order against county jail preventing inmate from receiving abortion services. Briefed motions for preliminary injunction in RLUIPA claim as to denial of religious diet to Muslim inmates and First Amendment challenge to sidewalk restriction for protestors of marine mammal park. Had substantial role in case challenging Florida law providing for mandatory drug testing of welfare applicants. Directed organization's work on immigrants' rights, including filing habeas challenge to long-term detention of asylum applicants and training other attorneys to bring similar challenges, defeating "sanctuary cities" and anti-refugee bills in state legislature, advocating with localities against ICE detainers, and persuading school districts not to seek immigration status-identifying information so as not to deter undocumented families from enrollment. Investigated intakes and recommended whether to undertake representation. Recruited, interviewed, and supervised legal interns.

**Washington Lawyers' Committee for Civil Rights**                  Washington, DC
**Staff Attorney, Fair Housing Project**                    *May 2009 - September 2010*
Litigated housing discrimination cases. Acted as lead attorney in cases involving sexual orientation harassment and discrimination against Section 8 voucher-holders. Drafted briefs and memoranda on employer liability for security guards' arson of African-American neighborhood, work product, spoliation, and collateral estoppel. Deposed expert and lay witnesses. Supervised legal interns.

**Relman, Dane & Colfax**                                            Washington, DC
**Litigation Fellow**                                        *September 2007 - August 2008*
Litigated civil rights cases. Served as lead attorney in two reasonable accommodations cases. Authored briefs and memoranda on affirmatively furthering fair housing, discovery in racial steering cases, and Fair Housing Act disparate impact claims. Argued discovery motion. Interviewed clients, prepared declarations, and drafted related motion for class certification. Took and defended depositions.

**The Honorable David S. Tatel, U.S. Court of Appeals, D.C. Circuit**   Washington, DC
**Law Clerk**                                                   *August 2006 - July 2007*

**Lawyers' Committee for Civil Rights of the San Francisco Bay Area**   San Francisco, CA
**Law Clerk**                                              *August 2005 - December 2005*
Researched various issues, including constitutionality of language classifications and history of class actions. Wrote a "know your rights" pamphlet for immigrants.

**Rethinking *Rodriguez* Project, Earl Warren Civil Rights Institute**   Berkeley, CA
**Research Assistant to Goodwin Liu**                           *July 2005 - May 2006*
Helped organize symposium on establishing education as a fundamental right.

**ACLU Immigrants' Rights Project**                                    Oakland, CA
**Law Clerk**                                              *May 2005 - August 2005*
Drafted memoranda about hostile work environment claims; standing, mootness, and damage awards for pending litigation; and the exhaustion doctrine in habeas challenges to detention.

**East Bay Community Law Center, HIV/Immigration Clinic**              Berkeley, CA
**Law Clerk**                                                *September 2004 - December 2004*
Met with clients and prepared asylum applications. Drafted HIV waivers of inadmissibility.

**The Honorable Thelton E. Henderson, U.S. District Court, N.D. Cal.**     San Francisco, CA
**Judicial Extern**                                                 *June 2004 - August 2004*

## EDUCATION

**Boalt Hall School of Law, University of California at Berkeley**
J.D., May 2006
*Honors:*      Order of the Coif, John Stauffer Memorial Merit Scholarship, Jurisprudence Award (highest
               grade in class) in Sex-Based Discrimination, Prosser Prize (second-highest grade in class) in Race
               and American Law, Federal Courts, and Civil Procedure
*Activities:*  *California Law Review* Senior Projects Editor, *Asian Law Journal* Senior Articles Editor, South
               Asian Law Students Association Board Member, Law Student Outreach Volunteer

**University of Chicago**
M.A., Humanities, June 1998
*Honors:*      Arts & Sciences Graduate Fellow, Court Theater Teaching Intern

**Vanderbilt University**
B.A., English, *summa cum laude*, May 1997
*Honors:*      Phi Beta Kappa, Senior Honors Thesis, Undergraduate Summer Research Program Grant, short
               story selected for publication in *The Vanderbilt Review*
*Activities:*  Alternative Spring Break Site Leader, Indian Students Association President

## OTHER WORK EXPERIENCE

**Jyoti Kala Mandir (Indian Classical Dance Academy)**                  Richmond, CA
**Program Coordinator**                                            *July 2001 - June 2003*
Taught dance classes. Performed in dance programs. Wrote grant proposals and press releases. Designed
publicity materials. Arranged performances and workshops for the dance troupe.

**Archmere Academy**                                                  Claymont, DE
**English Teacher**                                          *September 1999 - June 2001*
Created and taught two electives to high school seniors. Taught tenth grade American Literature. Led tenth
grade teachers in planning curricula. Served as faculty sponsor for school newspaper.

**University of Chicago Writing Program**                              Chicago, IL
**Writing Instructor/Colloquium Coordinator**                      *July 1998 - June 1999*
Taught writing component of five World Literature classes to college freshmen.  Coordinated year-long
colloquium on students' humanities essays.  Designed and edited journal of essays.

## LEGAL SCHOLARSHIP

John Relman, Glenn Schlactus & Shalini Goel, *Creating and Protecting Prointegration Programs under the Fair
Housing Act*, *in* THE INTEGRATION DEBATE: COMPETING FUTURES FOR AMERICAN CITIES 39-51 (Chester
Hartman & Gregory D. Squires eds. 2010).

## OTHER INFORMATION

*Bar Memberships:*  Florida, District of Columbia, California.
*Languages:*  Fluent in spoken Hindi.
*Interests:*  Indian classical dance, vegetarian cooking, reading, board games.

# Exhibit D

# EUNICE HYUNHYE CHO

**EDUCATION**

Stanford Law School, Palo Alto, CA. J.D., *with distinction*, 2009.
> *Stanford Law Review*, Articles Editor
> *Stanford Journal of Civil Rights and Civil Liberties*, Co-Editor-In-Chief
> Public Interest Fellow; Pro Bono Distinction. Advanced Immigrants' Rights Clinic
> Internships/Externships: ACLU Immigrants' Rights Project, Florence Immigrant and
> Refugee Rights Project, Center for Gender and Refugee Studies

Yale University, New Haven, CT. B.A., *magna cum laude*, 2000.
> Distinction in majors of *American Studies* and *Ethnicity, Race, and Migration*
> Norman Holmes Pearson Prize, Best Senior Essay in American Studies
> Charles Kao East Asia Fellowship, 1999; Dwight Hall Community Fellowship, 1997

**PROFESSIONAL EXPERIENCE**

American Civil Liberties Union, National Prison Project, Washington, D.C. Senior Staff Attorney, September 2019-present; American Civil Liberties Union of Washington, Seattle, WA. Staff Attorney, November 2017-August 2019.
- ACLU National Prison Project: Litigation and advocacy to challenge unlawful conditions of confinement in and expansion of immigration detention facilities; federal and public advocacy.
- ACLU of Washington: Lead counsel in state and federal court litigation related to conditions of confinement in immigration detention and county jails, naturalization delays, and discrimination against students with disabilities. Litigation duties include case development, motions practice, including dispositive motions, discovery, and oral argument.

Southern Poverty Law Center, Atlanta, GA. Staff Attorney, June 2014-September 2017.
- Federal litigation related to the civil rights of immigrants and prisoners, including complex class action suits regarding medical/mental health services in Alabama state prisons, immigration enforcement abuses, and migrant worker rights.
- Coordinated documentation project of six immigration detention centers in the South, and co-authored reports regarding immigration detention conditions, raids, and immigration courts.
- Conducted administrative advocacy with ICE regarding access to counsel issues in immigration detention centers, resulting in implementation of VTC platform for attorney-client communication at Stewart and Irwin County Detention Centers.
- Community engagement and advocacy regarding Secure Communities and PEP with the Georgia Not1More Coalition; Know Your Rights workshops regarding raid preparation.

National Employment Law Project, Oakland, CA. Skadden Fellow, July 2011-Dec. 2012; Staff Attorney, Jan. 2013-June 2014.
- Conducted legislative and administrative advocacy with Congress, California State Legislature, and federal and state agencies on issues related to immigrant workers, including U and T visas for victims of workplace crime, employer retaliation against immigrant workers, immigration reform, wage theft, and worksite immigration enforcement.
- Served as policy counsel to advocacy coalition on issues of employer retaliation against immigrant workers; provided expert testimony at California state legislative hearings regarding AB 263 and AB 524 (passed 2013).

National Immigration Law Center, Oakland, CA. Skadden Fellow, Jan. 2011-June 2011.
- Conducted fact investigation and legal analysis on potential challenges to state anti-immigrant legislation.

U.S. Court of Appeals for the Ninth Circuit, Hon. Kim Wardlaw, Pasadena, CA. Law Clerk, 2009-2010.
- Drafted bench memoranda and opinions on federal issues including immigration, due process, education, and criminal law. Prepared judge for oral argument. Supervised law student externs.

National Network for Immigrant and Refugee Rights, Oakland, CA. Education Director, 2000-2006.
- Edited and co-authored award-winning curriculum on immigrant rights and alliance-building; coordinated 40-person advisory board. Trained 250+ immigrant community organizers and organized national training institutes. Coordinated educational programming for Immigrant Worker Freedom Rides, 2004. Conducted primary project fundraising. Invited speaker at 50+ community events.
- NGO delegate to 2001 UN World Conference Against Racism, Durban, South Africa. Coordinated grassroots mobilization and education campaign; co-authored shadow report to the UN Committee on the Elimination of Racial Discrimination. Coordinated national media outreach.

**HONORS AND AWARDS**
- Exceptional Service Award, American Immigration Lawyers' Association Georgia-Alabama Chapter, 2017
- Skadden Fellowship for Public Interest Law, 2010
- Paul and Daisy Soros Fellowship for New Americans, 2007
- Corazon de Justicia Award, Coalición de Derechos Humanos (Tucson, AZ), 2005
- Outstanding Book Award, Gustavus Myers Center for the Study of Bigotry and Human Rights, 2004

**LANGUAGE FLUENCY**
Proficient in Spanish and Korean.

**BAR ADMISSIONS**
California, Georgia, Washington.
U.S. District Court of the Western District of Washington, Northern District of Georgia, Middle District of Georgia.
U.S. Court of Appeals for the Eighth, Ninth, and Eleventh Circuits.

**AFFILIATIONS AND SERVICE**
- Detention Watch Network, Steering Committee/National Board Member, 2017-present.
- ASISTA, Board Member, 2012-present.

**SELECED PUBLICATIONS**

*Reports*
- *Shadow Prisons: Immigration Detention in the South* (2016).
- *Families in Fear: the Atlanta Immigration Raids* (2016).
- *Hollow Victories: The Crisis in Collecting Unpaid Wages for California's Workers* (2013).
- *Workers' Rights on ICE: How Immigration Reform Can Stop Retaliation and Advance Labor Rights* (2013).
- *Something Inside So Strong: A Resource Guide to Human Rights in the United States* (2003).
- *A World on the Move: A Report on the 2001 UN World Conference Against Racism: A Resource Guide to International Migrant Rights* (2002).
- *From the Borderline to the Colorline: A Report on Anti-Immigrant Racism in the United States* (2001).

*Practice Manuals*
- *FOIA Appeals and Litigation,* in *FOIA Requests and Other Background Checks: A Practical Guide to Filing Records Requests in Immigration Cases* (2017) (ed. Alison Kamhi and Lena Graber, Immigrant Legal Resource Center).
- *U Visa Protections for Victims of Workplace Crime: A Practice Manual* (2014).

*Books and Articles*
- *A New Understanding of Substantial Abuse: Evaluating Harm in U Visa Petitions for Immigrant Victims of Workplace Crime*, 29 Geo. Imm. L.J. 1 (2014) (with Giselle Hass and Leticia Saucedo).
- *U Visa Protections for Victims of Workplace Crime*, 46 Clearinghouse Rev. 122 (2012).
- *Whose Borders? Regulating Migration across Local and National Boundaries*, 6 Stan. J. C.R.-C.L. 165 (2010).
- *Beyond a Day without an Immigrant: Building a Sustainable Movement for Immigrant Rights,* in Immigrant Rights in the Shadows of Citizenship, ed. R. Buff (NYU Press, 2008).
- *BRIDGE: Building a Race and Immigration Dialogue in the Global Economy—A Popular Education Resource for Immigrant and Refugee Community Organizers* (2004) (with Francisco Arguelles Paz y Puente, Miriam Ching Louie, Sasha Khokha), *Winner of 2004 Gustavus Myers Outstanding Book Award.*

Eunice Hyunhye Cho

# Exhibit E

# NATALIE A. LYONS

█████████████████████████████████  •  ███████████████

LEGAL EXPERIENCE _____

**Housing & Economic Rights Advocates**, Oakland, CA        April 2019–*Present*
*Senior Attorney*

- Providing direct legal services to clients on fair access to credit, fair housing and lending, student loan debt and discharges, wrongful credit reporting, and debt collection.
- Litigating four federal class actions on behalf of defrauded students of for-profit schools (*Sweet v. DeVos* & *Calvillo Manriquez v. DeVos*) and middle-and low-income homeowners and consumers.
- Engaging in policy and other advocacy to promote protections for current and former students of for-profit schools that operate in California, including the passage of three bills signed by Governor Newsom in October 2019.

**Southern Poverty Law Center**, Atlanta, GA        October 2014–April 2019
*Staff Attorney, Criminal Justice Reform*

- Litigated case against DHS challenging access to counsel in immigrant detention—complaint, preliminary injunction, response to motion to transfer, mediation, and expert report development.

- Lead attorney on FTCA case challenging ICE conduct during "Operation Border Resolve" (OBR) and FOIA lawsuit seeking records related to OBR—client relationship management, complaint, motions to dismiss, summary judgment motions, and FOIA production analysis and organization.

- Litigated constitutional challenge to mental healthcare in Alabama Dep't of Corrections—class certification and summary judgment, Rule 26 and pretrial disclosures, pretrial objections, defended depositions, direct and cross examined witnesses at trial, and coordinated and drafted post-trial briefing.

- Lead attorney on federal administrative challenge to discriminatory discipline at Dothan City School District (AL)—community outreach and investigation, advocacy to district leadership, administrative complaint (U.S. Dep't of Education), and broadcast and print media.

- Launched Southeast Immigrant Freedom Initiative, direct representation project for detained immigrants—spearheaded *pro bono* firm partnerships and engaged in day-to-day project management.

- Litigated challenge against Birmingham Police Dep't re: excessive force in public schools—pre-trial briefing, prepped trial witnesses, drafted trial brief and court-ordered proposal for SRO practices.

- Litigated challenge to Georgia prisons' inadequate gender dysphoria care—TRO and motion to dismiss.

**Equal Rights Advocates**, San Francisco, CA        December 2013–October 2014
*"Let Her Work" Project Attorney*

- Spearheaded advocacy for SB 1384, eliminating conviction barriers for CNA certification—secured author, drafted language, testified at and prepped clients' testimony for hearings, coordinated community and stakeholder support, and worked with legislative and governor's office staff.

- Represented twenty individual clients on matters related to their conviction history, including expungement hearings in criminal court, licensing applications and an EEOC discrimination claim.

- Partnered with grassroots organizations to provide know-your-rights trainings to impacted individuals.

**American Civil Liberties Union of Indiana**, Indianapolis, IN        August–November 2013
*Legal Fellow*

Drafted ADA and Section 504 complaint against county jail on behalf of individual with disabilities. Drafted memoranda analyzing constitutional and federal statutory claims of incarcerated persons.

**San Francisco Public Defender**, San Francisco, CA                                          Spring 2013
*Legal Intern*

Conducted direct and cross examinations at preliminary hearing. Drafted motions to suppress, motions in limine, and motion to reduce felony to misdemeanor.  Conducted case investigations.

**Southern Poverty Law Center**, Montgomery, AL                                          Summer–Fall 2012
*Law Clerk*

Drafted argument in complaint to U.S. Dep't of Education and reply to motion to dismiss inadequate medical care prisoner complaint. Conducted discovery in class action lawsuit against school district.

**Lawyers' Committee for Civil Rights**, San Francisco, CA                          Fall 2011–Spring 2012
*Law Clerk*

Provided direct services at reentry clinic.  Delivered know-your-rights presentations.  Wrote clinic manual chapter on sealing arrests.  Drafted demand letter regarding burdensome traffic court practices.

**PANELS, COMMITTEES & MEDIA**

| | |
|---|---|
| Advisory Committee Member, Bureau of Private Postsecondary Education | 2019 |
| AILA Mid-South Conference (New Orleans, LA), *Civil Rights and Immigrant Justice* | 2018 |
| Emory Public Interest Committee Conference (Atlanta, GA), *Immigrant Detention* | 2017 |
| Spirit & Place Festival (Indianapolis, IN), *Liberty & Justice for All?* | 2017 |
| Live-to-tape interview on "Joy In Our Town," WMCF TV 45 (Montgomery, AL) | 2016 |
| Live interview on WFSA 12 News (Dothan, AL) | 2016 |
| Northern California Grantmakers Conference (San Francisco, CA), *Reentry Panel* | 2014 |
| California Reentry Conference (San Diego, CA), *Reentry Barriers to Occupational Licensing* | 2014 |

**PUBLICATIONS**

Holly Mitchell & Natalie Lyons, Op-Ed, *It's a crime to automatically deny nursing certification*, S.F. Chronicle (Aug. 5, 2014), *available at* https://www.equalrights.org/sf-chronicle-op-ed-pass-sb-1384-and-let-her-work/.

*In Honor of Dr. Martin Luther King, Jr.: Let Her Work*, Equal Rights Advocates (Jan. 20, 2014), https://www.equalrights.org/in-honor-of-dr-martin-luther-king-jr-let-her-work/

Comment, *Presumed Guilty Until Proven Innocent: California Penal Code Section 851.8 and the Injustice of Imposing a Factual Innocence Standard on Arrested Persons*, 43 Golden Gate U. L. Rev. 485 (2013).

**EDUCATION**

**Golden Gate University School of Law**  •  Doctor of Jurisprudence (May 2013)

    Top 12% (27/227)  •  Executive Articles Editor, Golden Gate University Law Review

    Dean's Scholarship (full tuition)

**Northwestern University**  •  Master of Music, Vocal Performance (May 2003)

**Indiana University**  •  Bachelor of Arts, English (December 1998)

**ADMISSIONS**

California, Georgia and Alabama State Bars; U.S. Court of Appeals for the Eleventh Circuit; U.S. District Courts for the Northern District of California, Northern District of Georgia and Middle District of Alabama.

**OTHER EXPERIENCE**

Opera singer, 2001-2006.  Events manager and performing arts producer.

# Exhibit F

# LAURA G. RIVERA

## EXPERIENCE

**SOUTHERN POVERTY LAW CENTER, IMMIGRANT JUSTICE PROJECT**, Atlanta, GA      June 2016 – Present
*Advocacy Attorney*, Southeast Immigrant Freedom Initiative      June 2017 – Present

- Lead class action suit against U.S. Immigration and Customs Enforcement for policy of denying release from custody to asylum seekers who presented at official U.S. ports of entry
- Represent SPLC before diverse fora, including U.S. Commission on Civil Rights, and in media
- With colleagues, co-develop and implement proposals to advance SIFI's mission, including: starting committee to develop habeas work on behalf of detained immigrants; and convening cross-practice group teams to engage in Congressional advocacy on conditions of confinement, ICE funding, and prolonged confinement
- Strengthen SPLC's work with state and national coalition partners, including Georgia Immigration Working Group, Immigrant Family Preparedness Coalition, and Detention Watch Network
- Co-developed rapid response work and individual damages cases on behalf of immigrant parents and children detained and separated at the U.S.-Mexico border

*Deputy Director*, Southeast Immigrant Freedom Initiative      March 2017 – April 2018

- Collaborated with SIFI Director on project launch at Stewart Detention Center in Lumpkin, Georgia. On compressed timeline, coordinated with national non-profit partners to identify and implement project objectives, design workflow protocols, recruit talent, and cultivate relationships with community partners
- Co-led launch of additional SIFI sites at Irwin County Detention Center in Ocilla, Georgia, LaSalle ICE Processing Center in Jena, Louisiana, and Folkston ICE Processing Center in Folkston, Georgia
- Represented SIFI before SPLC Board of Directors, all SPLC staff, and donors
- Engaged in direct representation of clients in motions to suppress, bond motions, and parole requests

*Law Fellow*      June 2016 – June 2017

- As part of poultry team, led complaints before administrative agencies (OSHA and NLRB) on behalf of Alabama sanitation workers; negotiated settlement
- Prepared legal research memos, drafted demand letters, and engaged in fact development for litigation teams and immigrant children's team

**GEORGIA LEGAL SERVICES PROGRAM, FARMWORKER RIGHTS DIVISION**, Atlanta, GA
*Staff Attorney*      August 2014 – May 2016

- Litigated cases under Fair Labor Standards Act, Title VII, and Trafficking Victims Protection Act
- Drafted two complaints and several motions; took depositions
- Prepared clients for interviews with certifying agency in labor trafficking case

**ACLU OF GEORGIA, NATIONAL SECURITY/IMMIGRANTS' RIGHTS PROJECT**, Atlanta, GA    2011 – 2014
*Volunteer*      May 2011 – May 2014
*Intern*      Summer 2012

- Documented racial profiling of residents in counties participating in federal ICE 287(g) program
- Interviewed immigrants detained in Georgia for report revealing human rights violations

**INTERNATIONAL REFUGEE ASSISTANCE PROJECT**, Atlanta, GA                    2011 – 2014
*Co-Founder and Board Member*                                                                            Fall 2011 – Spring 2013
*Chair*                                                                                                                  Spring 2013 – May 2014
- Under supervision,  sought refugee or Special Immigrant Visas for three clients; two were granted U.S. immigration status

**ADVANCEMENT PROJECT**, Washington, DC
*Intern*                                                                                                                                Summer 2013
- Researched and wrote memoranda on criminal disenfranchisement laws in Florida and Kentucky
- Provided legal services under supervision to persons seeking restoration of voting rights

**U.S. DEPARTMENT OF JUSTICE, EXECUTIVE OFFICE FOR IMMIGRATION REVIEW**
**U.S. IMMIGRATION COURT**, Atlanta, GA
*Intern*                                                                                                                                       Fall 2012
- Researched and analyzed asylum, immigration, and agency law
- Drafted orders in two cases and wrote memoranda on immigration law

**HON. SIDNEY I. SCHENKIER, U.S.D.C. FOR THE NORTHERN DISTRICT OF ILLINOIS**, Chicago, IL
*Summer Law Clerk*                                                                                                             Summer 2012
- Researched Social Security disability law and drafted opinions in two cases

## EDUCATION

**EMORY UNIVERSITY SCHOOL OF LAW**, J.D., 2014
- Robert W. Woodruff Fellowship recipient – merit-based, full-tuition scholarship for academic achievement and demonstrated leadership
- Order of the Coif
- Moot Court Society member; quarter-finalist in 2013 NYU Law Immigration Law Competition

**NEW YORK UNIVERSITY**, M.A., 2007
- MacCracken / Opportunity Fellow – merit-based, full-tuition scholarship
- 2007 Ed Diamond Award recipient for best graduate student reporter

**EMORY UNIVERSITY**, B.A., 2003
- Robert W. Woodruff Scholar – merit-based, full-tuition scholarship

## MEMBERSHIPS, ACTIVITIES, AND SKILLS

Member of Georgia bar, 2014 – present

Federal court admissions: N.D. Georgia, M.D. Georgia, S.D. Georgia, and 11th Circuit Court of Appeals

Board Secretary of Freedom University, a Georgia-based nonprofit which provides free college prep and a liberatory education curricula to undocumented and DACAmented students denied admission to Georgia's top public universities

Professionally fluent in Spanish

# Exhibit G

# Maia Fleischman

**BAR ADMISSIONS**

**Florida State Bar**, *Member,* September 2018
**U.S. District Court for the Southern District of Florida**, *Member*, September 2019

**EDUCATION**

**University of Miami School of Law**, Coral Gables, Florida
Juris Doctor, *cum laude*, May 2018; Litigation and Dispute Resolution Concentration
> <u>**Honors & Activities:**</u> *Dean's Merit Scholarship* (75% Tuition); *Dean's List*, Spring 2016; *Honorable Theodore Klein Endowed Scholarship* for demonstrating excellence in advocacy and a strong commitment to public service; *University of Miami School of Law Inter-American Law Review*, Articles & Comments Editor

**University of Florida**, Gainesville, Florida
Bachelor of Science in Psychology, Minor in Spanish, December 2012

**LANGUAGES**

**Spanish:** Fluency in speaking, reading, and writing

**EXPERIENCE**

**Southern Poverty Law Center**, Miami, Florida
*Legal Fellow*, September 2018 – Present
> Researched and developed claims for a class action lawsuit challenging inadequate medical health care, punitive use of solitary confinement, and violation of Section 504 of the Rehabilitation Act. Drafted legal memorandum arguing for an objective deliberate indifference standard to be applied to civil detainees alleging due process violations. Interviewed detained individuals, in English and Spanish, across the country to identify potential plaintiffs. Published a report on confinement conditions in South Florida detention facilities for state and federal legislators.

**Miami Dade Public Defender**, Miami, Florida
*Juvenile Division Certified Legal Intern*, January – May 2018
> Researched, drafted, and successfully argued a motion to suppress evidence. Deposed and cross-examined police officers. Led a training on "corpus delicti" to Assistant Public Defenders.
*Capital Litigation Unit Legal Intern,* July – December 2017
> Researched novel legal issues for trial preparation and interviewed clients in custody.

**University of Miami Federal Appellate Clinic,** Coral Gables, Florida
*Clinic Student*, January  – December 2017
> Strategized, researched, and drafted federal appeals for indigent criminal defendants with an appeal granted oral argument in front of the 11th Circuit Court of Appeals.

**Osberg-Braun Immigration**, Miami, Florida
*Law Clerk*, January – July 2017
> Reviewed and compiled evidence in support of provisional unlawful presence waivers and petitions for alien relatives. Drafted briefs and motions for asylum and removal proceedings.

**U.S. District Court for the Southern District of Florida,** Miami, Florida
*Judicial Intern for the Honorable William Turnoff United States Magistrate Judge*, May – August 2016
> Researched and drafted reports and recommendations for social security disability appeals, habeas corpus petitions, and motions for summary judgment.

# Exhibit H

# VERONICA R. SALAMA

## EDUCATION

**NEW YORK UNIVERSITY SCHOOL OF LAW,** New York, NY
J.D., May 2019
Honors: *Review of Law and Social Change*, Staff Development Editor Liaison
Activities: Washington Legal Services Bail Fund, Case Manager; New Sanctuary Coalition, Pro Se Asylum Clinic Volunteer; Middle Eastern Law Students Association, Political Action and Community Service Co-Chair; Recent College Graduates, Mentor; Alternative Break, Volunteer at GA Federal Defenders Capital Unit (Winter 2019); Immigrant Rights Clinic, Legal Intern (Spring 2017)

**MACAULAY HONORS COLLEGE AT CUNY HUNTER COLLEGE,** New York, NY
B.A. in Political Science & Media Studies; Minor in Human Rights, *cum laude*, May 2016
Honors Thesis: *Broken Windows Policing and Bail in New York City*
Honors: Deans List, every semester; Four Year Full Merit Scholarship
Study Abroad: *Transitional Justice*, Universidad Bolivariana, Santiago, Chile (Winter 2015)

## EXPERIENCE

**SOUTHERN POVERTY LAW CENTER,** Atlanta, GA
*Legal Fellow, Criminal Justice Reform* August 2019-Present
Draft motions for class action lawsuit challenging inadequate medical and mental health care in immigrant detention facilities. Interview detained individuals to identify plaintiffs for ongoing conditions litigation. Coordinate with experts in lawsuit challenging lack of access to counsel in immigrant detention facilities. Draft fee petition letter for FOIA litigation against the Department of Homeland Security. Prepare for mediation in damages suit for victims of ICE Raids.

**JUVENILE DEFENDER CLINIC, NYU LAW SCHOOL,** New York, NY
*Student Advocate,* August 2018-May 2019
Represented children in Bronx Family Court delinquency proceedings with the Legal Aid Society's Juvenile Rights Practice. Advocated for clients in all aspects of the process, from initial appearance to dispositional hearings, where applicable. Secured two Adjournments in Contemplation of Dismissal for clients before different judges, one of which was Pre-Fact Finding.

**BELDOCK LEVINE & HOFFMAN,** New York, NY
*Civil Rights Summer Associate,* May 2018-August 2018
Crafted *Monell* arguments and complaints for wrongful conviction suits. Drafted §440.10 motion and summary judgment motion against NYPD for deprivation of rights. Researched potential due process claims for incarcerated clients.

**CRIMINAL DEFENSE AND REENTRY CLINIC, NYU LAW SCHOOL,** New York, NY
*Student Advocate,* August 2017-May 2018
Represented indigent clients accused of criminal charges with an attorney from Brooklyn Defender Services. Interviewed clients at arraignments and assisted in witness preparation. Drafted legal memoranda, suppression motions, directs, and cross-examinations. Co-taught criminal law introductory course to high school students. Engaged in trial simulation.

**DAVID B. SHANIES LAW OFFICE,** New York, NY
*Legal Intern,* May 2017-May 2018
Third-chaired excessive force jury trial in S.D.N.Y. Assisted trial strategy development by researching jury instructions, admissibility of character evidence, and *Batson* challenges. Prepared direct and cross-examinations for wrongful death jury trial. Drafted Rule 56 counterstatement in medical deliberate indifference suit. Prepared expert witnesses for depositions.

**PREPROBONO,** New York, NY
*Lead Instructor and Coordinator,* October 2015-May 2017
Taught free LSAT classes to underrepresented students. Selected 2016-2017 fellows; co-taught intensive LSAT course Summer 2016. Organized meetings for fellows with speakers from ACLU, Bronx Defenders, and other organizations.

**THE CHILDREN'S LAW CENTER,** Brooklyn, NY
*Education Policy and Data Analysis Intern,* February 2015-June 2015
Designed database to evaluate efficacy of an education advocacy project for court-involved children. Compiled and reviewed data to highlight long-term impact. Interviewed parents and guardians to devise new advocacy responses.

**THE LEGAL AID SOCIETY,** Manhattan, NY
*Special Litigation Unit Investigator Intern,* September 2014-December 2014
Attended all public CCRB Hearings and tracked police misconduct via media outlets and arrest records. Expanded the Cop Accountability Program with 1000+ entries and prepared monthly L.A.S newsletter. Gathered evidence for defense.

**ADDITIONAL INFORMATION**

Fluent in Arabic, conversational in Spanish. Facilitate numerous activities with the Coptic Church in Astoria, NY. Worked part-time throughout college as a student events coordinator, resident assistant, and after-school teacher. Completed Spanish course in Jan. 2018 with Proyecto Lingüístico Quetzalteco in Guatemala. Volunteered in June 2014 for Light for Orphans in Egypt. Volunteered in July 2013 for Coptic Mission in South Africa.