# Exhibit J

## Daily Report Statistics

| Attorney Name | Organization | Title (Graduation Year) | Years | 2014 Rate |
|---|---|---|---|---|
| Beezhold, Donna L. | Schreeder, Wheeler & Flint | Associate (2013) | 1 | $250 |
| Gordon, David W. | Macey Wilensky & Hennings | Associate (2012) | 2 | $200 |
| Beard, Lewis M. | Jones & Walden | Associate (2011) | 3 | $200 |
| Henderson, Tyler W. | Jones & Walden | Associate (2011) | 3 | $225 |
| Allerding, John C. | Thompson Hine | Associate (2010) | 4 | $310 |
| Azoff, Jonathan H. | Arnall Golden Gregory | Associate (2010) | 4 | $275 |
| Bargar, Michael J. | Lamberth, Cifelli, Stokes, Ellis & Nason | Associate (2010) | 4 | $175 |
| Hembree, Kevin M. | Alston & Bird | Associate (2010) | 4 | $440 |
| Geer, Will B. | The Law Offices of Will B. Geer | Sole Practitioner (2009) | 5 | $300 |
| Greene, Drew V. | Chamberlain Hrdlicka White Williams & Aughtry | Associate (2009) | 5 | $320 |
| Lavoie, Andrew J. | Schreeder, Wheeler & Flint | Associate (2009) | 5 | $255 |
| Nye, Garrett H. | Cohen Pollock Merlin & Small | Associate (2009) | 5 | $270 |
| Hoipkemier, Adam L. | Schreeder, Wheeler & Flint | Associate (2008) | 6 | $225 |
| Walsh, Kelly L. | Schreeder, Wheeler & Flint | Associate (2008) | 6 | $245 |
| Williamson, Patricia P. | Schreeder, Wheeler & Flint | Associate (2008) | 6 | $285 |
| Allen, Vania Smith | Macey Wilensky & Hennings | Associate (2007) | 7 | $200 |
| Nail, Garrett A. | Thompson Hine | Associate (2007) | 7 | $415 |
| Cohn, Melissa H. | Schreeder, Wheeler & Flint | Associate (2006) | 8 | $230 |
| Klehr, Ben S. | Cohen Pollock Merlin & Small | Associate (2006) | 8 | $285 |
| Pineyro, Leslie | Jones & Walden | Associate (2006) | 8 | $300 |
| Sigler, Sage | Alston & Bird | Associate (2006) | 8 | $580 |
| Littlefield, Derek S. | Cushing Morris Armbruster & Montgomery | Associate (2004) | 10 | $275 |
| Kraynak, Michelle R. | Schreeder, Wheeler & Flint | Counsel (2003) | 11 | $285 |
| Vining, Monica L. | Jones & Walden | Associate (2003) | 11 | $250 |
| Wender, David A. | Alston & Bird | Partner (2003) | 11 | $655 |
| Campos, Robert B. | Lamberth, Cifelli, Stokes, Ellis & Nason | Associate (2002) | 12 | $275 |
| Eisenberg, Shawn J. | The Slomka Law Firm | Associate (2002) | 12 | $300 |
| Haywood, Amy L. | Schreeder, Wheeler & Flint | Partner (2002) | 12 | $295 |
| Humnicky, Anna M. | Cohen Pollock Merlin & Small | Attorney (2002) | 12 | $360 |
| Phillips, Christopher D | Lamberth, Cifelli, Stokes, Ellis & Nason | Associate (2002) | 12 | $250 |
| Herrin, Brent W. | Cohen Pollock Merlin & Small | Partner (2001) | 13 | $360 |
| Isbell, John F. | Thompson Hine | Partner (2000) | 14 | $575 |
| Limbocker, Brian S. | Limbocker Law Firm | Senior Partner (2000) | 14 | $250 |
| Medley, Leonard R | Medley & Associates | Partner (2000) | 14 | $300 |
| Moore, John A. | The Moore Law Group | Founding Partner (2000) | 14 | $250 |
| Wilson, Kyler L | Wilson Brock & Irby | Partner (2000) | 14 | $165 |
| Slomka, Howard P. | The Slomka Law Firm | Principal (1994) | 20 | $300 |
| Hennings, Todd E. | Macey Wilensky & Hennings | Managing Member (1993) | 21 | $395 |
| Peters, Scott W. | Schreeder, Wheeler & Flint | Partner (1993) | 21 | $335 |
| Walker, Bruce Z. | Cohen Pollock Merlin & Small | Partner (1992) | 22 | $385 |

## Daily Report Statistics

| Attorney Name | Organization | Title (Graduation Year) | Years | 2014 Rate |
|---|---|---|---|---|
| Kacmarcik, Sharon K. | Lamberth, Cifelli, Stokes, Ellis & Nason | Associate (1991) | 23 | $350 |
| Riddle, Scott B. | The Law Office of Scott B Riddle | Attorney (1991) | 23 | $350 |
| Kepner, J. Hayden | Scroggins & Williamson | Member (1990) | 24 | $425 |
| Woodson, Laura E. | Scroggins & Williamson | Of Counsel (1990) | 24 | $350 |