# Exhibit L

SALARY TABLE 2017-DCB
INCORPORATING THE 1% GENERAL SCHEDULE INCREASE AND A LOCALITY PAYMENT OF 27.10%
FOR THE LOCALITY PAY AREA OF WASHINGTON-BALTIMORE-ARLINGTON, DC-MD-VA-WV-PA
TOTAL INCREASE: 2.88%
EFFECTIVE JANUARY 2017

*Hourly Basic (B) Rates by Grade and Step*
*Hourly Title 5 Overtime (O) Rates for FLSA-Exempt Employees by Grade and Step*

| Grade | B/O | Step 1 | Step 2 | Step 3 | Step 4 | Step 5 | Step 6 | Step 7 | Step 8 | Step 9 | Step 10 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | B | $ 11.28 | $ 11.66 | $ 12.04 | $ 12.41 | $ 12.78 | $ 13.00 | $ 13.37 | $ 13.75 | $ 13.76 | $ 14.11 |
|   | O | 16.92 | 17.49 | 18.06 | 18.62 | 19.17 | 19.50 | 20.06 | 20.63 | 20.64 | 21.17 |
| 2 | B | 12.69 | 12.99 | 13.41 | 13.76 | 13.92 | 14.33 | 14.74 | 15.15 | 15.55 | 15.96 |
|   | O | 19.04 | 19.49 | 20.12 | 20.64 | 20.88 | 21.50 | 22.11 | 22.73 | 23.33 | 23.94 |
| 3 | B | 13.84 | 14.30 | 14.76 | 15.23 | 15.69 | 16.15 | 16.61 | 17.07 | 17.53 | 18.00 |
|   | O | 20.76 | 21.45 | 22.14 | 22.85 | 23.54 | 24.23 | 24.92 | 25.61 | 26.30 | 27.00 |
| 4 | B | 15.54 | 16.06 | 16.57 | 17.09 | 17.61 | 18.13 | 18.64 | 19.16 | 19.68 | 20.20 |
|   | O | 23.31 | 24.09 | 24.86 | 25.64 | 26.42 | 27.20 | 27.96 | 28.74 | 29.52 | 30.30 |
| 5 | B | 17.38 | 17.96 | 18.54 | 19.12 | 19.70 | 20.28 | 20.86 | 21.44 | 22.02 | 22.60 |
|   | O | 26.07 | 26.94 | 27.81 | 28.68 | 29.55 | 30.42 | 31.29 | 32.16 | 33.03 | 33.90 |
| 6 | B | 19.38 | 20.02 | 20.67 | 21.32 | 21.96 | 22.61 | 23.25 | 23.90 | 24.55 | 25.19 |
|   | O | 29.07 | 30.03 | 31.01 | 31.98 | 32.94 | 33.92 | 34.88 | 35.85 | 36.83 | 37.79 |
| 7 | B | 21.53 | 22.25 | 22.97 | 23.69 | 24.41 | 25.12 | 25.84 | 26.56 | 27.28 | 28.00 |
|   | O | 32.30 | 33.38 | 34.46 | 35.54 | 36.62 | 37.68 | 38.76 | 39.84 | 40.92 | 42.00 |
| 8 | B | 23.85 | 24.64 | 25.44 | 26.23 | 27.03 | 27.82 | 28.62 | 29.41 | 30.21 | 31.00 |
|   | O | 35.78 | 36.96 | 38.16 | 39.35 | 40.55 | 41.73 | 42.93 | 43.52 | 43.52 | 43.52 |
| 9 | B | 26.34 | 27.22 | 28.10 | 28.97 | 29.85 | 30.73 | 31.61 | 32.49 | 33.37 | 34.24 |
|   | O | 39.51 | 40.83 | 42.15 | 43.46 | 43.52 | 43.52 | 43.52 | 43.52 | 43.52 | 43.52 |
| 10 | B | 29.01 | 29.97 | 30.94 | 31.91 | 32.88 | 33.84 | 34.81 | 35.78 | 36.74 | 37.71 |
|    | O | 43.52 | 43.52 | 43.52 | 43.52 | 43.52 | 43.52 | 43.52 | 43.52 | 43.52 | 43.52 |
| 11 | B | 31.87 | 32.93 | 33.99 | 35.06 | 36.12 | 37.18 | 38.24 | 39.30 | 40.37 | 41.43 |
|    | O | 43.52 | 43.52 | 43.52 | 43.52 | 43.52 | 43.52 | 43.52 | 43.52 | 43.52 | 43.52 |
| 12 | B | 38.20 | 39.47 | 40.75 | 42.02 | 43.29 | 44.57 | 45.84 | 47.11 | 48.39 | 49.66 |
|    | O | 43.52 | 43.52 | 43.52 | 43.52 | 43.52 | 44.57 | 45.84 | 47.11 | 48.39 | 49.66 |
| 13 | B | 45.42 | 46.94 | 48.45 | 49.96 | 51.48 | 52.99 | 54.51 | 56.02 | 57.53 | 59.05 |
|    | O | 45.42 | 46.94 | 48.45 | 49.96 | 51.48 | 52.99 | 54.51 | 56.02 | 57.53 | 59.05 |
| 14 | B | 53.68 | 55.46 | 57.25 | 59.04 | 60.83 | 62.62 | 64.41 | 66.20 | 67.99 | 69.78 |
|    | O | 53.68 | 55.46 | 57.25 | 59.04 | 60.83 | 62.62 | 64.41 | 66.20 | 67.99 | 69.78 |
| 15 | B | 63.14 | 65.24 | 67.35 | 69.45 | 71.56 | 73.66 | 75.77 | 77.58 | 77.58 | 77.58 |
|    | O | 63.14 | 65.24 | 67.35 | 69.45 | 71.56 | 73.66 | 75.77 | 77.58 | 77.58 | 77.58 |

\* Rate limited to the rate for level IV of the Executive Schedule (5 U.S.C. 5304 (g)(1)).

Applicable locations are shown on the 2017 Locality Pay Area Definitions page: http://www.opm.gov/policy-data-oversight/pay-leave/salaries-wages/2017/locality-pay-area-definitions/

## SALARY TABLE 2017-ATL
### INCORPORATING THE 1% GENERAL SCHEDULE INCREASE AND A LOCALITY PAYMENT OF 20.70%
### FOR THE LOCALITY PAY AREA OF ATLANTA--ATHENS-CLARKE COUNTY--SANDY SPRINGS, GA-AL
### TOTAL INCREASE: 1.95%
### EFFECTIVE JANUARY 2017

*Hourly Basic (B) Rates by Grade and Step*
*Hourly Title 5 Overtime (O) Rates for FLSA-Exempt Employees by Grade and Step*

| Grade | B/O | Step 1 | Step 2 | Step 3 | Step 4 | Step 5 | Step 6 | Step 7 | Step 8 | Step 9 | Step 10 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | B | $ 10.71 | $ 11.07 | $ 11.43 | $ 11.78 | $ 12.14 | $ 12.35 | $ 12.70 | $ 13.06 | $ 13.07 | $ 13.40 |
|   | O | 16.07 | 16.61 | 17.15 | 17.67 | 18.21 | 18.53 | 19.05 | 19.59 | 19.61 | 20.10 |
| 2 | B | 12.05 | 12.33 | 12.73 | 13.07 | 13.22 | 13.61 | 13.99 | 14.38 | 14.77 | 15.16 |
|   | O | 18.08 | 18.50 | 19.10 | 19.61 | 19.83 | 20.42 | 20.99 | 21.57 | 22.16 | 22.74 |
| 3 | B | 13.14 | 13.58 | 14.02 | 14.46 | 14.90 | 15.34 | 15.77 | 16.21 | 16.65 | 17.09 |
|   | O | 19.71 | 20.37 | 21.03 | 21.69 | 22.35 | 23.01 | 23.66 | 24.32 | 24.98 | 25.64 |
| 4 | B | 14.76 | 15.25 | 15.74 | 16.23 | 16.72 | 17.21 | 17.71 | 18.20 | 18.69 | 19.18 |
|   | O | 22.14 | 22.88 | 23.61 | 24.35 | 25.08 | 25.82 | 26.57 | 27.30 | 28.04 | 28.77 |
| 5 | B | 16.51 | 17.06 | 17.61 | 18.16 | 18.71 | 19.26 | 19.81 | 20.36 | 20.91 | 21.46 |
|   | O | 24.77 | 25.59 | 26.42 | 27.24 | 28.07 | 28.89 | 29.72 | 30.54 | 31.37 | 32.19 |
| 6 | B | 18.40 | 19.02 | 19.63 | 20.24 | 20.86 | 21.47 | 22.08 | 22.70 | 23.31 | 23.92 |
|   | O | 27.60 | 28.53 | 29.45 | 30.36 | 31.29 | 32.21 | 33.12 | 34.05 | 34.97 | 35.88 |
| 7 | B | 20.45 | 21.13 | 21.81 | 22.49 | 23.18 | 23.86 | 24.54 | 25.22 | 25.90 | 26.59 |
|   | O | 30.68 | 31.70 | 32.72 | 33.74 | 34.77 | 35.79 | 36.81 | 37.83 | 38.85 | 39.89 |
| 8 | B | 22.65 | 23.40 | 24.16 | 24.91 | 25.67 | 26.42 | 27.18 | 27.93 | 28.69 | 29.44 |
|   | O | 33.98 | 35.10 | 36.24 | 37.37 | 38.51 | 39.63 | 40.77 | 41.33 | 41.33 | 41.33 |
| 9 | B | 25.01 | 25.85 | 26.68 | 27.52 | 28.35 | 29.18 | 30.02 | 30.85 | 31.69 | 32.52 |
|   | O | 37.52 | 38.78 | 40.02 | 41.28 | 41.33 | 41.33 | 41.33 | 41.33 | 41.33 | 41.33 |
| 10 | B | 27.55 | 28.46 | 29.38 | 30.30 | 31.22 | 32.14 | 33.06 | 33.98 | 34.89 | 35.81 |
|   | O | 41.33 | 41.33 | 41.33 | 41.33 | 41.33 | 41.33 | 41.33 | 41.33 | 41.33 | 41.33 |
| 11 | B | 30.26 | 31.27 | 32.28 | 33.29 | 34.30 | 35.31 | 36.32 | 37.32 | 38.33 | 39.34 |
|   | O | 41.33 | 41.33 | 41.33 | 41.33 | 41.33 | 41.33 | 41.33 | 41.33 | 41.33 | 41.33 |
| 12 | B | 36.27 | 37.48 | 38.69 | 39.90 | 41.11 | 42.32 | 43.53 | 44.74 | 45.95 | 47.16 |
|   | O | 41.33 | 41.33 | 41.33 | 41.33 | 41.33 | 42.32 | 43.53 | 44.74 | 45.95 | 47.16 |
| 13 | B | 43.14 | 44.57 | 46.01 | 47.45 | 48.89 | 50.32 | 51.76 | 53.20 | 54.64 | 56.07 |
|   | O | 43.14 | 44.57 | 46.01 | 47.45 | 48.89 | 50.32 | 51.76 | 53.20 | 54.64 | 56.07 |
| 14 | B | 50.97 | 52.67 | 54.37 | 56.07 | 57.77 | 59.47 | 61.17 | 62.87 | 64.57 | 66.27 |
|   | O | 50.97 | 52.67 | 54.37 | 56.07 | 57.77 | 59.47 | 61.17 | 62.87 | 64.57 | 66.27 |
| 15 | B | 59.96 | 61.96 | 63.96 | 65.95 | 67.95 | 69.95 | 71.95 | 73.95 | 75.95 | 77.58 |
|   | O | 59.96 | 61.96 | 63.96 | 65.95 | 67.95 | 69.95 | 71.95 | 73.95 | 75.95 | 77.58 |

\* Rate limited to the rate for level IV of the Executive Schedule (5 U.S.C. 5304 (g)(1)).

Applicable locations are shown on the 2017 Locality Pay Area Definitions page: http://www.opm.gov/policy-data-oversight/pay-leave/salaries-wages/2017/locality-pay-area-definitions/