# Exhibit M

**ALSTON & BIRD**

# Matthew W. Howell
Partner

404.881.7349
matthew.howell@alston.com
**Atlanta** | One Atlantic Center, 1201 West Peachtree Street, Suite 4900 | Atlanta, GA 30309-3424



Matthew Howell is a partner with Alston & Bird's Intellectual Property Litigation Team and focuses his practice on all areas of intellectual property litigation and counseling, with an emphasis on patent litigation and chemical, biological and pharmaceutical arts. Matthew has litigated patents in a wide variety of technologies, including e-commerce and software applications, computer telephony integration, cable modems and set-top boxes, footwear, logistics systems, video games, check processing systems and paper towel dispensers.

Matthew has represented clients in federal and state courts across the country and before the International Trade Commission, Federal Circuit and Patent Trial and Appeals Board. He has significant experience with both enforcing and defending his clients' intellectual property rights.

Matthew also has a robust pro bono practice, working closely with organizations such as the Atlanta Volunteer Lawyers Foundation, Georgia Legal Services Program, Pro Bono Partnership of Atlanta and other pro bono clients. He currently serves on Alston & Bird's Pro Bono Committee.

In 2003, Matthew received his B.A. in physics from Washington University in St. Louis, and in 2007, he received his J.D. from Duke University School of Law. While at Duke, Matthew was part of a team of Duke Law students who successfully briefed and argued a habeas corpus case, *Lyons v. Weisner*, in the Fourth Circuit.

*Representative Experience*

- *Merial Inc., et al. v. Ceva U.S. Holdings Inc., et al*., No. 16-cv-171 (D. Del.); represents plaintiff MiMedx in a patent infringement lawsuit concerning an animal vaccine.
- *Musculoskeletal Transplant Foundation v. MiMedx Group Inc*., IPR2015-00664; represented patent owner MiMedx in an inter partes review concerning medical tissue grafts.
- *MiMedx Group Inc. v. Tissue Transplant Technology Ltd., et al*., No. 5:14-cv-00719 (W.D. Tex.); represents plaintiff MiMedx in a patent infringement lawsuit concerning medical tissue grafts.
- *Musculoskeletal Transplant Foundation v. MiMedx Group Inc*., IPR2015-00669; represented patent owner MiMedx in an inter partes review concerning medical tissue grafts; petition denied pre-institution.
- *Merial Inc., et al v. Ceva Santé Animale SA, et al*., No. 3:15-cv-00039 and 3:15-cv-00040 (M.D. Ga.); represents plaintiff Merial in patent infringement, breach of contract and business torts litigation against competitors in the animal health field.
- *Biomune Company v. Merial Limited, et al*., No. 2:14-cv-02567 (D. Kan.); defending a declaratory judgment action regarding patent infringement concerning animal vaccines.
- *MiMedx Group Inc. v. Tissue Transplant Technology Ltd., et al*., No. 5:14-cv-719 (W.D. Tex.); representing the plaintiff in a patent infringement lawsuit concerning tissue grafting technology.

- *Perrigo Company, et al. v. Merial Inc., et al.*, No. 8:14-cv-00403 (D. Neb.); *Perrigo Company, et al. v. Merial Inc., et al.*, No. 1:15-cv-3674 (N.D. Ga.); *Merial Inc., et al. v. Perrigo Company, et al.*, No. 1:15-cv-00013, (N.D. Ga.); litigated a breach of contract case based on a prior settlement of patent infringement litigation.

- *MiMedx Group Inc. v. Liventa Bioscience Inc., et al.*, No. 1:14-cv-01178 (N.D. Ga.); representing the plaintiff in a patent infringement lawsuit regarding tissue grafting technology.

- *Merial Inc. v. Elanco Animal Health*, No. 3:14-cv-00038 (M.D. Ga.); representing Merial as declaratory judgment plaintiff in a false advertising Lanham Act case.

- *Aura Technologies LLC v. Skechers USA Inc.*, No. 1:14-cv-00929 (S.D.N.Y.), IPR2014-00955 (USPTO); represented defendant Skechers against claims of patent infringement related to footwear design and as inter partes review petitioner.

- *Kroy IP Holdings LLC v. AutoZone Inc., et al.*, No. 2:13-cv-00888 (E.D. Tex.); represented three defendants against claims of patent infringement related to an online rewards program.

- *Certain Reduced Folate Nutraceutical Products and L-Methylfolate Raw Ingredients Used Therein*, ITC Inv. No. 337-TA-857; counsel for complainant Merck & Cie in an investigation involving folate nutraceutical products.

- *Merial Ltd., et al. v. Ceva Animal Health LLC, et al.*, No. 3:12-cv-00154 (M.D. Ga.); represented Merial as plaintiff in a patent infringement case against a French competitor over flea and tick medicine.

- *Merial Ltd., et al. v. Velcera Inc., et al.*, No. 3:12-cv-00075 (M.D. Ga.); represented Merial as plaintiff in a patent infringement case over flea and tick medicine for cats and dogs; secured preliminary injunction for Merial to prevent sale and distribution of a competing flea and tick product.

- *CyberFone Systems LLC v. Atlantic Broadband Finance LLC, et al.*, No. 1:12-cv-00107 (D. Del.); *Cyberfone Systems LLC v. Knology Inc.*, No. 1:12-cv-00116 (D. Del.); represented defendant Knology in patent infringement cases concerning data processing technology, cable systems and video-on-demand services.

- *In re Vehicle Tracking and Security System ('844) Patent Litigation*, MDL No. 11-2249 (D. Minn.); defended UPS and The Coca-Cola Company against allegations of patent infringement related to GPS and fleet management.

- *Helferich Patent Licensing LLC v. Nokia Corp., et al.*, No. 1:11-cv-04681 (N.D. Ill.); represented defendant Nokia in a patent infringement lawsuit concerning SMS and MMS text messaging.

- *BASF Agro B.V., et al. v. Cheminova Inc.*, No. 1:10-cv-00274 (M.D.N.C.); represented the plaintiff in a patent infringement action involving chemical manufacturing for animal health products.

- *BASF Agro B.V. v. CIPLA Limited*, No. 3:07-cv-00125 (M.D. Ga.); represented plaintiff Merial in a civil contempt proceeding involving a flea and tick product for dogs and cats; contempt judgment against foreign manufacturer and competitors affirmed at the Federal Circuit.

- *Certain Electronic Paper Towel Dispensing Devices and Components Thereof*, ITC Inv. No. 337-TA-718; represented complainant Georgia-Pacific in an investigation involving a static grounding feature of paper towel dispensers.

- *DownUnder Wireless LLC v. HTC Corp.*, No. 2:09-cv-00206 (E.D. Tex.); represented defendant Nokia in a multidefendant patent infringement case concerning mobile phone antenna placement.

- *Porex Corporation v. MicroPore Plastics Inc.*, No. 05-cv-11563-1 (DeKalb County Superior Court); represented plaintiff Porex in a trade secret case concerning porous plastic manufacturing.

- *Activision Publishing Inc. v. Gibson Guitar Corporation*, No. 2:08-cv-01653 (C.D. Cal.); represented Gibson Guitar in patent infringement claims relating to the *Guitar Hero* series of video games.
- *Intervet Inc. v. Merial Limited*, No. 5-cv-00887 (D. Del.); represented Merial in defense of a patent infringement suit over an animal vaccine.
- *Intervet Inc. v. Merial Limited*, No. 1:06-cv-00658 (D.D.C.); represented Merial as a declaratory judgment defendant in a patent infringement case involving a vaccine for swine disease.
- *ArrivalStar S.A. v. Shipmatrix Inc., et al.*, No. 2:07-cv-00415 (W.D. Pa.); represented defendant UPS in a patent infringement case involving vehicle tracking systems and delivery notifications.
- *Ronald A. Katz Technology Licensing L.P. v. Time Warner Cable Inc.*, No. 1:06-cv-00546 (D. Del.) and *In re Katz Interactive Call Processing Patent Litigation*, No. 2:07-ML-01816 (C.D. Cal.); represented several defendants in multidistrict patent litigation concerning call processing systems.

## Publications & Presentations

### Publications

- "American Patent Law Continues to Move in a Defendant-friendly Manner That May Stifle Innovation," *Financier Worldwide*, January 2018.

### Presentations

- "Intellectual Property Issues in Pro Bono Matters," Pro Bono Partnership of Atlanta Legal Check-Up CLE, Atlanta, GA, July 14, 2016.
- "Best Practices in Patent Litigation," 27th Annual North American Law Summit: Entertainment, Sports & Intellectual Property, Cancun, November 11-15, 2016.

## Professional & Community Engagement

- U.S. Court of Appeals for the Federal Circuit
- U.S. District Court for the Northern District of Georgia
- U.S. District Court for the Middle District of Georgia
- U.S. District Court for the Eastern District of Texas

## Education

- Duke University (J.D., 2007)
- Washington University in St. Louis (B.A., 2003)

## Admitted to Practice

- Georgia
- U.S. Patent and Trademark Office
- U.S. Supreme Court

## Related Services

Intellectual Property | Intellectual Property Litigation | Patent Litigation | Biotechnology, Pharmaceutical & Life Sciences Patent Litigation

# Exhibit N

**ALSTON & BIRD**

# David L. Gann
## Senior Associate

404.881.7489
david.gann@alston.com
**Atlanta** | One Atlantic Center, 1201 West Peachtree Street, Suite 4900 | Atlanta, GA 30309-3424



David Gann is a senior associate in the Intellectual Property Litigation Group in Alston & Bird's Atlanta office. David focuses his practice primarily on actions for patent infringement, with a particular emphasis on high-stakes, complex litigation. He has represented both plaintiffs and defendants in actions involving a broad range of technologies and products, including wireless and wired communications, control systems, hardware and logic, microprocessors, computer software, mobile applications, and various consumer electronics. David has litigated in district courts throughout the U.S., in Section 337 investigations at the International Trade Commission, and in arbitration proceedings before the ICC International Court of Arbitration. David has been named a Georgia *Super Lawyers* "Rising Star."

David graduated cum laude from Georgia State University College of Law in 2009. During law school, he served as a member of the Moot Court Board and Intellectual Property Law Society and worked as a graduate research assistant to IP counsel at the university's Office of Legal Affairs.

David earned his Bachelor of Science in electrical engineering from the Georgia Institute of Technology in 2002. Before attending law school, David worked as a control systems engineer, where he designed and implemented automation solutions for several large companies. He is a registered professional engineer in Georgia.

### *Representative Experience*

- Patent litigation counsel to Nokia in Section 337 investigations against Apple involving power amplifier, envelope tracking, and RF transceiver technology (Inv. Nos. 337-TA-1038, 337-TA-1039).
- Patent litigation counsel to Nokia in actions involving standard essential patents for LTE communications (3GPP and ETSI).
- Patent litigation counsel to the plaintiff in enforcement actions involving processor efficiency and wired communications technology.
- Patent litigation counsel to the plaintiff in enforcement actions involving wireless communications technology for remote monitoring and control.
- Patent litigation and inter partes review counsel to a multidefendant group in actions involving image processing and mobile deposit technology.
- Patent litigation counsel to financial institutions, defending claims involving secure transactions technology.
- Pro bono counsel in Freedom of Information Act litigation against the Department of Homeland Security and U.S. Immigration and Customs Enforcement.

### *Publications & Presentations*

#### *Publications*

- "Federal Circuit Weighs In: Updated Guidance on Post-'TC Heartland' Venue," *Corporate Counsel,* September 28, 2017.

**ALSTON & BIRD**

- "Survey of Post-'TC Heartland' Venue: An Implicit Validation of 'Cray'?" *Corporate Counsel,* August 18, 2017.

*Professional & Community Engagement*

- State Bar of Georgia, Intellectual Property Law Section, communications vice-chair
- Atlanta Bar Association, Intellectual Property Section
- Institute of Electrical and Electronics Engineers
- Registered Professional Engineer, Georgia
- Georgia Tech "Mentor Jackets" Program, mentor

*Education*

- Georgia State University (J.D., 2009)
- Georgia Institute of Technology (B.S., 2002)

*Admitted to Practice*

- Georgia
- U.S. Patent and Trademark Office

*Related Services*

Intellectual Property Litigation | Patent Litigation | ITC Section 337 | Inter Partes & Covered Business Method Review | Intellectual Property

# Exhibit O

**ALSTON & BIRD**

# Lindsey Yeargin
## Senior Associate

404.881.4745
lindsey.yeargin@alston.com
**Atlanta** | One Atlantic Center | 1201 West Peachtree Street | Atlanta, GA 30309



Lindsey Yeargin is a senior associate in Alston & Bird's Intellectual Property Litigation Group.

Lindsey received her J.D. from the University of Virginia School of Law. While in law school, she served as the editor-in-chief of the *Virginia Sports & Entertainment Law Journal* and was a representative to the Student Bar Association. Lindsey received her B.A., cum laude, in criminology from the University of Florida, where she was an Anderson Scholar with Highest Distinction and a member of the Student Honors Organization.

### Publications & Presentations

- "Wait, Where's My Tablet! Losing the Litigator's Favorite Tech Tool," *The Atlanta Lawyer*, November 2014.
- "New E-Discovery in Patent Cases – and Potential Compliance Pitfalls," *Corporate Compliance Insights*, April 30, 2013.
- "2012: A Year of Change for E-Discovery in Patent Cases," *Intellectual Property Today*, February 2013.

### Education

- University of Virginia (J.D., 2012)
- University of Florida (B.A., 2009)

### Admitted to Practice

- Georgia

### Related Services

Intellectual Property | Intellectual Property Litigation | Trademark & Copyright | Patent Litigation

**ALSTON & BIRD**

# Exhibit P

**ALSTON & BIRD**

# Sean Bedford
## Senior Associate

404.881.7860
sean.bedford@alston.com
**Atlanta** | One Atlantic Center, 1201 West Peachtree Street, Suite 4900 | Atlanta, GA 30309-3424



Sean Bedford is a registered patent attorney and a senior associate in Alston & Bird's Intellectual Property Litigation Group. Sean has experience litigating in district court and before the International Trade Commission (ITC), as well as with pre-litigation evaluation of the value and validity of patents. He has worked with a variety of technologies, including airfoils, aquaculture apparatuses, automotive components, aviation propulsion systems, consumer electronics, manufacturing systems and medical devices. He has also prosecuted numerous patent applications to allowance.

Sean received his J.D., cum laude, from the University of Florida, where he served as managing editor of the *Florida Law Review* and the publicity chair for the 2014 Public Interest Environmental Law Conference. He was also awarded the University of Florida's Clifford W. Crandall Scholarship and elected to the Order of the Coif. Before attending law school, Sean received his B.S. in aerospace engineering from the Georgia Institute of Technology, where he was a President's Scholar and a member of the varsity football team.

### Publications & Presentations

#### Publications

- "Not Your Typical Deposition: Differences Between a Litigation Deposition and an AIA Trial Deposition Before the Patent Office," *IP Litigator*, May/June 2015.

### Education

- University of Florida (J.D., 2014)
- Georgia Institute of Technology (B.S., 2010)

### Admitted to Practice

- Georgia
- U.S. Patent and Trademark Office

### Related Services

Intellectual Property | Intellectual Property Litigation | Patent Litigation

# Exhibit Q

**ALSTON & BIRD**

# Lindsay C. Church
Associate



404.881.4695
lindsay.church@alston.com
**Atlanta** | One Atlantic Center, 1201 West Peachtree Street, Suite 4900 | Atlanta, GA 30309-3424

Lindsay Church is an associate with the Intellectual Property Litigation Team in Alston & Bird's Atlanta office. She received her J.D. from Harvard University, where she served as the managing editor of the Journal of Law & Public Policy and co-editor-in-chief for *The Harvard Law Record*. In law school, Lindsay received a human rights fellowship to work at an organization in London that provides legal assistance to journalists around the world. She also conducted research on free speech as a visiting student at the University of Oxford's Programme in Comparative Media Law & Policy. Lindsay received her B.A. in journalism, summa cum laude, from the University of South Carolina, where she also graduated with honors from the South Carolina Honors College. Lindsay also serves on the board of directors for VOX Teen Communications.

### Publications & Presentations

### Publications

- Patent Case Summaries | Week Ending August 2, 2019
- Patent Case Summaries | Week Ending February 8, 2019
- "Drafting Exclusive Patent Licenses and Standing Considerations," *Bloomberg BNA Patent, Trademark & Copyright Journal*, February 16, 2018.
- "An Analysis of the Supreme Court's Latest First Amendment Ruling, *Matal v. Tam*," Student Press Law Center, July 12, 2017.
- "Government Subsidies and Intellectual Property Rights: Confining the Applicability of the Subsidies Doctrine to Cash Benefits," *Harvard Journal of Law & Technology,* Vol. 30, No. 1, Fall 2016.
- "Striking the Balance: Combating Terrorism and Preserving the Freedom of Expression in Ethiopia," *Harvard International Law Journal,* January 26, 2016.

### Education

- Harvard University (J.D., 2016)
- University of South Carolina (B.A., 2013)

### Admitted to Practice

- Georgia

### Related Services

Intellectual Property | Intellectual Property Litigation

# Exhibit R

**ALSTON & BIRD**

# Max Rubinson
Associate

404.881.7168
max.rubinson@alston.com
**Atlanta** | One Atlantic Center, 1201 West Peachtree Street, Suite 4900 | Atlanta, GA 30309-3424



Max Rubinson is an associate in the Intellectual Property Litigation Group and a member of the Biotechnology, Pharmaceutical & Life Sciences Patent Litigation Team. He has experience litigating intellectual property cases throughout the U.S., particularly in the animal health and pharmaceutical spaces. He has been involved in patent cases covering diverse areas of technology, including pharmaceuticals, animal health products, telecommunications systems, and consumer products. Max also has experience representing clients in trademark, false advertising, and unfair competition cases brought under the Lanham Act.

Max has represented clients in federal courts across the country and before the International Trade Commission (ITC), International Chamber of Commerce (ICC) International Court of Arbitration, and U.S. Patent and Trademark Office (USPTO).

Max received his J.D. from Emory University School of Law, with honors, in 2017. While in law school, he served as the executive articles editor of the *Emory International Law Review*. He received his B.S. in chemistry from Emory University in 2010. Max also received an M.A. in biochemistry from the University of Texas at Austin in 2013.

*Representative Experience*

- Representing a global animal health company in an international arbitration involving breach of contract claims.
- Representing a global animal health company in litigation in the Delaware Chancery Court involving breach of contract and tortious interference claims.
- Representing a global animal health company in patent litigation in the District of New Jersey involving patents related to vaccines for preventing porcine circovirus infection in piglets.
- Representing a global animal health company in inter partes review proceedings before the USPTO involving patents related to vaccines for preventing porcine circovirus infection in piglets.
- Representing a global flooring manufacturer in an ITC investigation involving patents related to luxury vinyl tile products.
- Representing a global financial technology company in patent litigation in the Northern District of Ohio involving patents related to ATM components.
- Representing a global consumer products company in patent litigation in the Central District of California involving patents related to diaper disposal systems.
- Representing a global telecommunications company in an ITC investigation involving patents related to subsea cable systems.
- Represented a global pharmaceutical company in ANDA litigation in the District of New Jersey involving patents related to opioids.

- Represented a global pharmaceutical company in ANDA litigation in the District of Delaware involving patents related to topical steroid compounds for eczema.
- Represented a major U.S. animal health company in litigation in the Northern District of California involving false advertising claims related to glucosamine supplements.
- Represented a global footwear company in patent litigation in the District of Delaware involving patents related to golf shoes.
- Represented a global animal health company in an interference proceeding before the USPTO involving patents related to flea and tick medications.

*Education*

- Emory University (J.D., 2017)
- University of Texas at Austin (M.A., 2013)
- Emory University (B.S., 2010)

*Admitted to Practice*

- Georgia

*Related Services*

Intellectual Property | Intellectual Property Litigation | Patent Litigation | Biotechnology, Pharmaceutical & Life Sciences Patent Litigation

# Exhibit S

**ALSTON & BIRD**

# Monica Laredo Ruiz
Associate

404.881.7259
monica.laredoruiz@alston.com
**Atlanta** | One Atlantic Center, 1201 West Peachtree Street, Suite 4900 | Atlanta, GA 30309-3424



Monica Laredo Ruiz is an associate with Alston & Bird's Intellectual Property Litigation Group. She received her J.D., summa cum laude, from Georgia State University and a B.B.A., magna cum laude, from the University of Georgia. During law school, Monica served on the law review board and participated in moot court, receiving two Best Oralist awards and placing second in the national Thomas Tang Competition in 2018. Monica has researched both case and statutory law to provide case analyses and bench briefs, observed and participated in mediations, and served as an extern for a judge in the Northern District of Georgia.

Additionally, Monica is dedicated to volunteering, specifically with the Haiti Humanitarian Fund, where she helps to organize and manage the annual fundraiser for a week-long medical mission trip.

### Education
- Georgia State University (J.D., 2019)
- University of Georgia (B.B.A., 2013)

### Admitted to Practice
- Georgia

### Related Services
Intellectual Property | Intellectual Property Litigation

# Exhibit T



# Shawn P. Gannon
## Associate

404.881.7249
shawn.gannon@alston.com
**Atlanta** | One Atlantic Center, 1201 West Peachtree Street, Suite 4900 | Atlanta, GA 30309-3424

Shawn Gannon is an associate with Alston & Bird's Intellectual Property Litigation Group in the Atlanta office. Shawn received his J.D., with honors, from Emory University, where he served as the president of the Intellectual Property Society, was elected to the Order of Emory Advocates, competed in the Jessup International Law Moot Court Competition, and participated in the TI:GER interdisciplinary program. Before law school, he received his B.S. in mechanical engineering from Clemson University.

### Professional & Community Engagement

- State Bar of Georgia, Intellectual Property Section
- Atlanta Bar Association

### Education

- Emory University (J.D., 2019)
- Clemson University (B.S., 2016)

### Admitted to Practice

- Georgia

### Related Services

Intellectual Property | Intellectual Property Litigation | Patent Litigation